Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_____September 20_____ 20 23
Ravi Subramanian, Clerk
By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

SAJED AL-MAAREJ,

Defendant.

NO. **CR23-147** RSL

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Commit Wire and Mail Fraud)

**A. Overview**

1.      From about September 21, 2020 through at least about December 28, 2022, Defendant SAJED AL-MAAREJ, and others known and unknown to the Grand Jury, orchestrated a scheme to secure fraudulent refunds for himself and thousands of retail customers, while permitting the customers to keep the merchandise they ordered. This refunding fraud caused at least approximately $3.9 million in losses for retailers around the country, including retailers located within the Western District of Washington.

Indictment - 1
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.     The scheme followed the same basic pattern throughout the duration of the fraud: AL-MAAREJ solicited purchasers to participate in his scheme through Telegram, a messaging service that enables users to disseminate messages to a large audience through public "channels." AL-MAAREJ operated a refunding Telegram channel called "Simple Refunds."

3.     AL-MAAREJ encouraged purchasers to buy items from online retailers AL-MAAREJ claimed he could defraud (hereinafter "Victim Companies"). The purchaser then contacted Simple Refunds request assistance in obtaining a refund, while also permitting the purchaser to keep the products they ordered.

4.     The purchaser provided AL-MAAREJ and his co-conspirators certain information about their order, including purchaser name, order number, amount of the order, and shipping address. AL-MAAREJ captured that information in an online sharable spreadsheet, to which he and his co-conspirators members had access. AL-MAAREJ and co-conspirators at AL-MAAREJ's direction then used the information in the spreadsheet to pose as the purchaser and seek a refund from the online retailer.

5.     AL-MAAREJ used common misrepresentations to convince the retailer to dispense the refund without requiring the purchaser to return the product. For example:

a.  AL-MAAREJ, or a co-conspirator at AL-MAAREJ's direction, would falsely claim that the purchaser did not receive the ordered item. AL-MAAREJ or the co-conspirator sometimes directed employees at United Parcel Service (UPS) to input false scans into the order tracking history, which assisted them in persuading the retailer to issue the refund.

b.  AL-MAAREJ and his co-conspirators also used United States Postal Service (USPS) insiders to input false "return to sender" scans into the parcel tracking, even though the purchaser received the item as intended.

Indictment - 2
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The victim retailer believed the product had been returned and issued a refund.

    c.  AL-MAAREJ, or a co-conspirator at acting AL-MAAREJ's direction, informed the victim company that the purchaser wanted to return the product. The purchaser returned a package that contained nothing, garbage, or junk. The retailer issued a refund before it uncovered the ruse.

6.    The end goal of each of these misrepresentations was to deceive the retailer into (a) believing the purchaser had returned (or intended to return) the product or there was a problem with the product's delivery, and (b) issuing a refund to the purchaser for that return. In fact—as AL-MAAREJ and his co-conspirators well knew—the purchaser intended to keep the purchased product. The purchaser kept both the purchased item and a fraudulently induced refund payment equivalent to the value of that item.

7.    In exchange for facilitating the refund on behalf of the purchaser, AL-MAAREJ charged the purchaser a percentage of the value of the refund payment. The percentage depended on the retailer and typically ranged from 15% to 25% of the refund.

8.    Simple Refunds was responsible for approximately $2,900,000 worth of fraudulently induced refunds under AL-MAAREJ's leadership. AL-MAAREJ and his co-conspirators defrauded more than 50 Victim Companies on behalf of hundreds of purchasers. The largest victim is Victim Company 1, which is located within the Western District of Washington. VC1 lost at least approximately $1,400,000 to the scheme. Victim Company 2 and Victim Company 3, other western Washington-based retailers, experienced at least approximately $290,000 and $80,000 in losses respectively. In total, western Washington-based retailers lost at least approximately $1.9 million to AL-MAAREJ's scheme.

9.    AL-MAAREJ personally engaged in fraudulent refunding while assisting others to do the same. AL-MAAREJ personally obtained at least approximately

Indictment - 3
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

$1,000,000 in fraudulently induced refunds paid directly to his personal bank and credit cards accounts or for items sent to his address.

**B. The Conspiracy**

10.     Beginning on or about September 21, 2020, and continuing through at least on or about December 28, 2022, in Snohomish County, within the Western District of Washington, and elsewhere, SAJED AL-MAAREJ and others did conspire, confederate and agree, together with each other and others known and unknown to the Grand Jury, to commit the offenses of wire fraud and mail fraud in violation of Title 18 United States Code, Sections 1343 and 1341.

11.     That is, AL-MAAREJ, together with others known and unknown, with intent to defraud, agreed to knowingly devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

12.     AL-MAAREJ agreed with others known and unknown to execute and attempt to execute the scheme and artifice to defraud by knowingly transmitting, and causing to be transmitted, by wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, and aided and abetted others to do the same. Several of those wires originated in the Western District of Washington and traveled interstate.

13.     AL-MAAREJ agreed with others known and unknown to execute and attempt to execute the scheme and artifice to defraud by knowingly causing to be delivered, by FedEx, UPS, and the USPS, all private or public commercial interstate carriers, according to the directions thereon, one or more packages to addresses within the Western District of Washington, and aided and abetted others to do the same.

14.     The object of the conspiracy was to purchase merchandise from the Victim Companies and then fraudulently obtain refunds of the purchase price, while still

Indictment - 4
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  retaining the merchandise, by falsely representing to the Victim Companies that, for

2  example, the purchaser had not received the ordered merchandise or the purchaser

3  already returned the item. AL-MAAREJ and his co-conspirators defrauded retailers by

4  causing them to pay at least $3,900,000 to AL-MAAREJ or the retail customers (AL-

5  MAAREJ's co-conspirators) based on fraudulent refund claims. The co-conspirators then

6  paid AL-MAAREJ a percentage of these refunds.

7  **C. Manner and Means**

8  　　　The following conduct was part of the conspiracy:

9  　　　**a. Simple Refunds Telegram Channels**

10  　　　15.　　AL-MAAREJ, together with others known and unknown to the Grand Jury,

11  operated a fraudulent refunding service on Telegram called "Simple Refunds"

12  (@Simplerefund). Simple Refunds operated on at least two Telegram channels. Telegram

13  is a cloud-based messaging service that users can access through an application on their

14  mobile device or computer, or through the web. Telegram enables users to disseminate

15  messages to large groups through "channels." Telegram channels can have an unlimited

16  number of members. Channels can be public or private. Public channels have a

17  permanent uniform resource locator (URL), which enables easy sharing, search, and

18  discovery. Only the channel's creator or someone the creator has designated as an

19  administrator may post content to a Telegram channel. Posts may be anonymous or

20  signed by the administrator who wrote the post.

21  　　　16.　　AL-MAAREJ used the first Telegram channel—the Simple Refunds

22  "main" channel—to advertise his services and provide updates about the stores Simple

23  Refunds could defraud. The channel was public, which means it was accessible to anyone

24  with an Internet connection. It amassed a following of over 1,000 subscribers throughout

25  the course of the conspiracy. Under AL-MAAREJ's leadership, there were hundreds of

26  posts on the Simple Refunds main channel ranging in content from general updates (such

27

Indictment - 5
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  as AL-MAAREJ's planned vacation dates) to correspondence about a particular type of
2  refund.

3      17.     AL-MAAREJ used the second channel—the "vouches" sub-channel—to
4  display screenshots, or "vouches," of successful refunds. Customer vouches were a
5  primary tool AL-MAAREJ used to promote his illegal business. Like the main channel,
6  the Simple Refunds Vouches channel was public.

7      **b. The Agreements**

8      18.     The Simple Refunds conspiracy involved participants at three levels: AL-
9  MAAREJ, his staff of refunders, and the purchasers.

10     19.     AL-MAAREJ was at the top of the pyramid—he developed Simple
11 Refunds and the infrastructure on which it operated. AL-MAAREJ ran Simple Refunds
12 day-to-day. For example, AL-MAAREJ troubleshooted problems with refunds ("Submit
13 All [VC1] orders before they ship – fixing all failed [VC1] orders" April 2, 2022);
14 provided updates on his own scheduling and work-flow ("Gm, be online in 30, everyone
15 with an [VC9] order that was sent thru DMs please BUMP, I'm processing all of em
16 today, got busy last night" February 22, 2022); and advertised specific aspects of the
17 fraud ("[VC1] MacBook Instant Refunds Are 🔥 🔥 Right now make sure you take
18 advantage and order" March 4, 2022).

19     20.     AL-MAAREJ sometimes relied on Simple Refunds staff—known as
20 "Professional Refunders"—to engage with the retailers on the purchasers' behalf and
21 secure a fraudulent refund. These Professional Refunders worked on AL-MAAREJ's
22 behalf and at his direction. They were the second level of the pyramid.

23     21.     Purchasers—or Simple Refunds customers—were at the bottom of the
24 pyramid. AL-MAAREJ enticed them into the conspiracy by aggressively advertising his
25 refunding scheme on Telegram, as shown in the following posts on Simple Refunds:

26
27

Indictment - 6
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

📦🖥 $9.9K Amazon Instant ✅ If your not ordering MacBooks from Amazon you are missing out , Refund processing time is 1-3 days Max
827 👁 Sxjed, 04:06

$20K In Microsoft Instant Refunds Done today ✅ Add it up. Microsoft is still Green to hit, if your order gets shipped with UPS It's instant refund , any other carrier refund will take 2-3 weeks
945 👁 Sxjed, 04:54

22.      AL-MAAREJ and his co-conspirators worked with dozens of Purchasers throughout the course of the conspiracy. In each instance, AL-MAAREJ or a co-conspirator agreed with the Purchaser that AL-MAAREJ or a Simple Refunds Professional Refunder would seek a fraudulent refund on the Purchaser's behalf.

23.      For example, Snohomish County, Washington resident Purchaser 1 (P1) learned about Simple Refunds while on social media. In March 2022, P1 ordered two items worth more than $1,000 from Victim Company 4 (VC4). The items shipped to P1's home within the Western District of Washington. P1 requested AL-MAAREJ's help in obtaining a fraudulent refund. AL-MAAREJ or a co-conspirator at AL-MAAREJ's direction impersonated P1 and requested a refund from VC4 under false pretenses. VC4 issued P1 a refund for the value of the items, and P1 kept the merchandise.

24.      Snohomish County resident Purchaser 2 (P2) also participated in the fraud in April 2022. P2 ordered items worth approximately $1,500 from VC1. VC1 shipped those items to P2's residence within the Western District of Washington. P2 then requested a fraudulent refund from Simple Refunds. AL-MAAREJ, or a co-conspirator at AL-MAAREJ's direction, accessed P2's account at VC1, falsely claimed that P2 did not receive the items, and secured P2 a fraudulent refund, while permitting P2 to keep the ordered items. AL-MAAREJ, or a co-conspirator at AL-MAAREJ's direction, bragged about this order on the Simple Refunds vouches page, claiming they "fixed failed order."

Indictment - 7
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2          **c.  AL-MAAREJ Operated Simple Refunds with Intent to Defraud**

3          25.     AL-MAAREJ operated the Telegram moniker @sxjed and the email

4   account sxjed11@gmail.com as part of the fraudulent scheme. AL-MAAREJ used these

5   monikers to conceal his identity and thwart law enforcement detection.

6          26.     AL-MAAREJ publicly boasted about the illegal nature of his "business"

7   and mocked the Victim Companies. For example, in March 2022, AL-MAAREJ posted

8   correspondence from Victim Company 5 (VC5) that said: "we have associated your order

9   with a screenshot/voucher found on a professional refunding service page . . . Please note,

10  [VC5] treats the use of these professional refunding sites seriously and will report such

11  incidents to the appropriate local police departments." AL-MAAREJ commented to

12  Simple Refunds followers: " 😂😂😂😂 look at this Bullshit Scare tactic 😂😂 [VC5] send

13  me your btc address let me donate y'all sound hurt."

14         27.     The next month, AL-MAAREJ shared an image of stacks of currency a

15  Purchaser claimed they made from refunding. AL-MAAREJ commented " 🙏 Everyone

16  Eatin Off [VC1] 💰 "

17

18

19

20

21

22

23

24

25

26

27

Indictment - 8
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

28.     In May 2022, AL-MAAREJ offered a "mentorship" program through which customers could learn how to create their own refunding scam or work for Simple Refunds. He charged $6,000 for admission into the mentorship program. Participants paid AL-MAAREJ directly via cryptocurrency or another peer-to-peer payment service, such as Zelle or Cashapp. One of the selling points Simple Refunds used to recruit individuals into the mentorship program states, "Learn from the best in the game, from everything fraud related, to legit businesses and cleaning your money," as shown in the screenshot below:



29.     While he was running Simple Refunds, AL-MAAREJ also personally engaged in fraudulent refunding whereby he sought and obtained refunds for himself

Indictment - 9
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   without returning the refunded items. AL-MAAREJ boasted about his personal refunding
2   activities on Simple Refunds to attract Purchasers to the fraud.

3          30.    As an example of AL-MAAREJ's fraudulent refunding: Victim Company 8
4   [VC8] shipped more than 200 orders to AL-MAAREJ's home in Michigan between
5   January 2021 and July 2023. Many orders were in AL-MAAREJ's name, but others were
6   under pseudonyms such as "Saj Almaarej," which allowed AL-MAAREJ to evade VC8's
7   fraud detection efforts. AL-MAAREJ sought and VC8 issued refunds for each item of
8   merchandise for a total of more than $500,000. Throughout the course of the fraud, AL-
9   MAAREJ personally obtained refunds from retailers worth approximately $1,000,000.

10         31.    On or about December 28, 2022, AL-MAAREJ sold Simple Refunds to
11  another Telegram user.

12  **D.  Use of Interstate Wires and Mailings**

13         32.    The Simple Refunds conspiracy involved use of interstate wire
14  transmissions.

15         33.    For example, no later than February 23, 2022, and lasting throughout the
16  duration of the fraud, AL-MAAREJ used a Google-based order intake system. Purchasers
17  desiring a fraudulent refund provided order information to AL-MAAREJ through a form
18  available through Google and accessible to anyone with access to a link posted on the
19  Simple Refunds Telegram channel. That link is shown below:

20
21
22
23  
24
25
26
27

Indictment - 10
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

34.     Purchasers who clicked the link were taken to a web-based Google Form. Purchasers input data into the form, and when they pressed "submit," the data traveled over the wires from the customers' location to a Google server, where it was stored and later accessed by AL-MAAREJ or a co-conspirator so they could execute the fraud. This data communication involved the foreseeable use of interstate or foreign wires, including interstate wires originating and terminating in the Western District of Washington. For example, on or about March 10, 2022, P1 entered information into the Google Form from their home in Snohomish County, Washington. When P1 pressed "submit," that information traveled from the Western District of Washington to servers outside of Washington state.

35.     The Simple Refunds conspiracy also involved use of the mails, as shipped through interstate mail carriers. AL-MAAREJ, through Simple Refunds, directed customers to use both private and public interstate mail carriers, including but not limited to FedEx, USPS, and UPS. Customers ordered goods from the Victim Companies with the intent of using Simple Refunds to fraudulently seek refunds for those goods without returning the items. Some of those items were shipped to the Western District of Washington.

All in violation of Title 18, United States Code, Section 1349.

### COUNTS 2-5

### (Wire Fraud)

36.     The Grand Jury incorporates by reference Paragraphs 1-35 of this Indictment as if fully set forth herein.

37.     Beginning at a time unknown, but no later than on or about September 21, 2020, and continuing through at least September 20, 2023, in Snohomish County, within the Western District of Washington, and elsewhere, SAJED AL-MAAREJ, and others known and unknown, with the intent to defraud, knowingly devised, participated in, and

Indictment - 11
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   executed a scheme and artifice to defraud, and to obtain money and property by means of

2   materially false and fraudulent pretenses, representations, and promises, as further

3   described below.

4       38.     The essence of the scheme and artifice to defraud was to fraudulently

5   obtain merchandise refunds from Victim Companies on behalf of Purchasers (co-

6   schemers) by submitting false or fraudulent information to the Victim Companies about

7   the Purchasers and their orders. This false or fraudulent information deceived the Victim

8   Companies into issuing the Purchaser a refund for a purchased item, while also

9   permitting the Purchaser to keep the item. The Purchaser then paid AL-MAAREJ a

10  percentage of the value of the refund, thereby enabling AL-MAAREJ to enrich himself.

11      39.     On or about the dates set forth below, in Snohomish County, within the

12  Western District of Washington, and elsewhere, for the purpose of executing and

13  attempting to execute this scheme and artifice to defraud, AL-MAAREJ and others,

14  aiding and abetting each other, did knowingly transmit and cause to be transmitted, by

15  wire communication in interstate and foreign commerce, the following writings, signs,

16  signals, pictures, and sounds, each transmission of which constitutes a separate count of

17  this Indictment. Each wire was a foreseeable part of the scheme and artifice to defraud.

18  Each of the following offenses was committed in furtherance of, and was a foreseeable

19  part of, the conspiracy charged in Count 1 of this Indictment.

20

21

22

23

24

25

26

27

Indictment - 12
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Count | On or About Date | Wire |
|-------|------------------|------|
| 2 | March 10, 2022 | P1 enters order information into Simple Refunds Google Form from Snohomish County, Washington. Information travels from Western District of Washington to servers located outside of Washington State. |
| 3 | March 11, 2022 | P1 re-enters order information into Simple Refunds Google Form from Snohomish County, Washington. Information travels from Western District of Washington to servers located outside of Washington State. |
| 4 | April 1, 2022 | P1 enters order information into Simple Refunds Google Form from Snohomish County, Washington. Information travels from Western District of Washington to servers located outside of Washington State. |
| 5 | April 7, 2022 | P2 enters order information into Simple Refunds Google Form from Snohomish County, Washington. Information travels from Western District of Washington to servers located outside of Washington State. |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS 6-8

### (Mail Fraud)

40.     The Grand Jury incorporates paragraphs 1-35 of this Indictment as if fully alleged herein.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

41.     Beginning at a time unknown, but no later than on or about September 21, 2020 and continuing through at least September 20, 2023, in Snohomish County, within the Western District of Washington, and elsewhere, SAJED AL-MAAREJ, and others known and unknown, with the intent to defraud, knowingly devised, participated in, and executed a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, as further described below.

42.     The essence of the scheme and artifice to defraud was to fraudulently obtain merchandise refunds from Victim Companies on behalf of Purchasers (co-schemers) by submitting false or fraudulent information to the Victim Companies about the Purchasers and their orders. This false or fraudulent information deceived the Victim Companies into issuing the Purchaser a refund for a purchased item, while also permitting the Purchaser to keep the item. The Purchaser then paid AL-MAAREJ a percentage of the value of the refund, thereby enabling AL-MAAREJ to enrich himself.

43.     It was part of the scheme and artifice to defraud that Purchasers ordered merchandise from the Victim Companies with the intent of using AL-MAAREJ and Simple Refunds to secure a fraudulent refund. The Victim Companies used public and private interstate mail carriers to deliver the merchandise to the Simple Refunds customers. These mailings were a foreseeable part of the scheme and artifice to defraud.

44.     On or about the dates set forth below, in Snohomish County, within the Western District of Washington, and elsewhere, AL-MAAREJ, and others, aiding and abetting each other, for the purposes of executing the above-described scheme to defraud and to obtain money and property, and attempting to do so, did knowingly cause to be delivered by United Parcel Service, a private and commercial interstate carrier, according to the direction thereon, and received by the recipient identified below, the parcels specified below. Each mailing constitutes a separate count of this Indictment. Each of the

following offenses was committed in furtherance of, and was a foreseeable part of, the conspiracy charged in Count 1 of this Indictment.

| Count | On or About Date | Mailing |
|---|---|---|
| 6 | March 4, 2022 | P1 receives UPS parcel with tracking number ending in 3969 at address in Snohomish County, Washington. |
| 7 | March 31, 2022 | P1 receives UPS parcel with tracking number ending in 5419 at address in Snohomish County, Washington. |
| 8 | March 31, 2022 | P1 receives UPS parcel with tracking number ending in 6461 at address in Snohomish County, Washington. |

All in violation of Title 18, United States Code, Sections 1341 and 2.

**FORFEITURE ALLEGATION**

The allegations contained in Counts 1–8 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of an offense alleged in Counts 1–8, SAJED AL-MAAREJ shall forfeit to the United States any property that constitutes or is traceable to proceeds of the offense. All such property is forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c) and includes but is not limited to a sum of money reflecting the proceeds the Defendant obtained from the offense.

Indictment - 15
*United States v. Al-Maarej*
USAO No. 2022R1087

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    **Substitute Assets.** If any of the above-described forfeitable property, as a result of

2    any act or omission of the defendant,

3         a.    cannot be located upon the exercise of due diligence;

4         b.    has been transferred or sold to, or deposited with, a third party;

5         c.    has been placed beyond the jurisdiction of the Court;

6         d.    has been substantially diminished in value; or,

7         e.    has been commingled with other property which cannot be divided

8               without difficulty,

9    it is the intent of the United States to seek the forfeiture of any other property of the

10   defendant, up to the value of the above-described forfeitable property, pursuant to

11   Title 21, United States Code, Section 853(p).

13   A TRUE BILL:   *Yes*

14   DATED: *Sept. 20, 2023*

16   *Signature of Foreperson redacted pursuant*
17   *to the policy of the Judicial Conference of*
     *the United States.*

18   _____

19   FOREPERSON

20   _____

21   TESSA M. GORMAN
     Acting United States Attorney

22   _____

23   SETH WILKINSON
24   Assistant United States Attorney

25   _____

26   LAUREN WATTS STANIAR
27   Assistant United States Attorney

Indictment - 16
*United States v. Al-Maarej*
USAO No. 2022R1087