UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAJED AL-MAAREJ,<br><br>Defendant. | NO. CR23-147 RSL<br><br>ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 20th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES  X    NO _____**

ORDER ISSUING BENCH WARRANT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970