District Court for the Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff   ) | |
| ) | |
| ) | |
| vs.   ) | CR23-147RSL |
| ) | |
| ) | |
| SAJED AL-MAAREJ,   ) | |
| ) | ORDER APPOINTING |
| ) | FEDERAL PUBLIC |
| ) | DEFENDER |
| Defendant   ) | |
| ) | |
| ) | |

On the basis of the above-named defendant's submitted financial statement, the court finds that he/she is financially unable to retain counsel and the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 28th day of September, 2023

_____
US Magistrate Judge S. Kate Vaughan

ORDER APPOINTING F.P.D.