District Court for the Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff  )<br>  )<br>  )<br>vs.  )<br>  )<br>  )<br>SAJED AL-MAAREJ,  )<br>  )<br>  )<br>  Defendant  )<br>  )<br>_____  ) | CR23-147RSL<br><br>NOTICE OF ASSIGNMENT<br>FEDERAL PUBLIC<br>DEFENDER |

NOTICE IS HEREBY GIVEN by the office of the Federal Public Defender that Colleen Pechman Fitzharris will be the Assistant Federal Public Defender assigned to the above-captioned case.

Dated this 28th day of September, 2023

**FEDERAL PUBLIC DEFENDER**
**1601 FIFTH AVENUE, SUITE 700**
**SEATTLE, WASHINGTON 98101**
**(206) 553-1100**