The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAJED AL-MAAREJ,<br><br>Defendant. | No. CR23-0147 RSL<br><br>ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |

This matter comes before the Court upon Defendant's motion for an order permitting Colleen Pechman Fitzharris and the Federal Public Defender's Office to withdraw as counsel of record for Mr. Al-Maarej and permitting Christopher Black to substitute as defendant's counsel.

The Courts GRANTS the motion.  The Court ORDERS that Christopher Black is substituted as defendant's counsel.

DONE THIS  18th  day of  October , 2023.

*[signature: Robert S. Lasnik]*

The Honorable Robert S. Lasnik
United States District Court Judge

ORDER GRANTING MOTION TO SUBSTITUTE
COUNSEL (*Sajed Al-Maarej*; No. CR23-0147 RSL) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

Respectfully submitted,

BLACK & ASKEROV, PLLC

_____
Christopher Black
Attorney for Sajed Al-Maarej

ORDER GRANTING MOTION TO SUBSTITUTE
COUNSEL (*Sajed Al-Maarej*; No. CR23-0147 RSL) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401