The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAJED AL-MAAREJ,<br><br>  Defendant. | NO. CR23-147-RSL<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for a Protective Order Restraining Certain Forfeitable Property ("Motion"), of the following property (the "Subject Property"):

    a.    2021 Cadillac Escalade ESV 4-door Sport Platinum, VIN: 1GYS3RKL1MR166941 ("Subject Property 1");

    b.    Approximately $90,350 in U.S. Currency ("Subject Property 2");

    c.    Approximately $45,000 in U.S. Currency ("Subject Property 3"); and

    d.    A stainless steel, gold, and diamond Rolex watch ("Subject Property 4"); and

    e.    A silver David Yuman 8mm curb chain necklace, pave-set with black diamonds of approximately 5.28 carat weight ("Subject Property 5").

Protective Order to Restrain Forfeitable Property - 1
*United States v. Al-Maarej,* CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Federal Bureau of Investigation ("FBI") Special Agent ("SA") Dean Giboney, hereby FINDS entry of a protective order restraining the identified Subject Property is appropriate because:

- The United States gave notice in the Indictment of its intent to pursue forfeiture of any proceeds of the Conspiracy to Commit Wire and Mail Fraud, Wire Fraud, and Mail Fraud offenses (Dkt. No. 1);

- The United States also gave notice of its intent to pursue forfeiture of specific property in a Forfeiture Bill of Particulars, Dkt. No. 21, which specifically identifies the Subject Property for forfeiture;

- Based on the facts set forth in the Declaration of SA Giboney, there is probable cause to believe the Subject Property constitutes or is traceable to proceeds of the charged offenses and may, upon Defendant's conviction, be forfeited in this case; and,

- To ensure the Subject Property remains available for forfeiture, its continued restraint pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

//

//

//

Protective Order to Restrain Forfeitable Property - 2
*United States v. Al-Maarej,* CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 18th day of March, 2024.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2242
Fax: (206) 553-6934
E-mail: krista.bush@usdoj.gov

Protective Order to Restrain Forfeitable Property - 3
United States v. Al-Maarej, CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970