The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAJED AL-MAAREJ,<br><br>　　　　Defendant. | No. CR23-0147 RSL<br><br>DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR ORDERS OF FORFEITURE |

Defendant, Sajed Al-Maarej, by undersigned counsel, responds as follows to the government's motion for orders of forfeiture (Dkt. No. 41).

The defense does not generally object to the government's proposal that the Court hold a joint forfeiture and sentencing hearing and issue any forfeiture orders after this hearing. Undersigned counsel will endeavor to discuss potential procedures for such a hearing with the government in advance of the hearing and will bring any disputed issues to the Court's attention in advance of the hearing.

//

//

//

//

DEFENDANT'S RESPONSE TO GOVERNMENT'S
MOTION FOR ORDERS OF FORFEITURE
(*Sajed Al-Maarej*; No. CR23-0147 RSL) - 1

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

Respectfully submitted this 3rd day of December, 2024.

BLACK & ASKEROV, PLLC

_____
Chris Black
Attorney for Sajed Al-Maarej
705 Second Avenue, Suite 1111
Seattle, WA 98104
Phone:        206.623.1604
Fax:          206.658.2401
Email:        chris@blacklawseattle.com

DEFENDANT'S RESPONSE TO GOVERNMENT'S
MOTION FOR ORDERS OF FORFEITURE
(*Sajed Al-Maarej*; No. CR23-0147 RSL) - 2

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401