Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:23-cr-000147-RSL |
| Plaintiff | |
| v. | AFFIDAVIT OF MARGARET HAYNES |
| SAJED AL-MAAREJ | |
| Defendant. | |

I, Margaret Haynes, state as follows:

1.      I am an Intelligence Analyst (IA) with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since December 2021. I graduated from the FBI's Intelligence Basic Field Training Course (BFTC) where I was trained in threat analysis, targeting analysis, domain analysis, and collection management. I am currently assigned to the Seattle Field Division where I primarily work the Transnational Organized Crime – Eastern Hemisphere and the Violent Gang threat programs. Prior to the FBI, I was a paralegal at a private law firm which practiced personal injury, criminal, and civil law for two years.

Haynes Affidavit - 1
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.    I am one of the FBI analysts assigned to this prosecution. As part of this assignment, I conducted open-source research of Simple Refunds main Telegram channel and all associated subchannels, including the vouches subchannel.

### Background on Refunding Fraud

3.    I learned through the course of this investigation that dozens of major retailers throughout the United States have been targeted by refund fraud and have reported millions of dollars in losses as a result. Retailers and law enforcement identified this scheme as operating primarily on Telegram, a cross-platform centralized instant messaging application that perpetrators use because it offers some enhanced privacy and encryption features, as well as support for large group chat features. Conspirators use a "channel" (i.e., a large, centralized chat forum) on Telegram to coordinate their fraud.

4.    The scheme is relatively simple: a customer places an online order with a retailer for a high-dollar item, oftentimes expensive electronics. The customer then solicits the services of a return fraudster / "professional refunder" through a Telegram channel. The customer provides the "professional refunder" their order and account information. The refunder will then log into the customer's account and fabricate a story relating to the item in order to obtain a full refund for the customer from the online retailer, while also permitting the customer to keep the ordered product.

5.    In exchange for conducting the refund on behalf of the customer, the customer sends the "professional refunder" a percentage of the value of the refunded items through a mobile payment service or cryptocurrency. The percentage depends on the store that is defrauded and typically ranges from 15% to 25% of the total cost of the order.

6.    Professional refunders study victim retailers to develop effective "methods" of defrauding them. Refunders trade these "methods" like intellectual property.

7.    Some of the methods of obtaining fraudulent refunds include "mail-ins," "concessions," "Return to Sender" false scans, and recruitment of insiders. A "mail-in" refund involves the refunder returning an empty package or a package filled with some

Haynes Affidavit - 2
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

other item, like garbage or paper. A "concession" refund is when the purchaser claims they did not receive the product (e.g., claiming that the box the company shipped the customer was empty). "Return to Sender" is a method by which refunders use mail carrier insiders to input false "Return to Sender" scans in the package tracking history, which enables the refunder to request a successful refund from the relevant payment processor. Refunders also have recruited customer care employees at victim companies, paying them to process refund orders on their behalf.

8.    Through advertising, refunders can amass large Telegram channels which include day-to-day conversations related to the fraud. Law enforcement monitored those channels as part of the within-described investigation.

**Simple Refunds Screenshots**

9.    "Simple Refunds" was a fraudulent refunding service that operated on Telegram in the manner described above. I accessed the "Simple Refunds" Telegram URL and associated "vouches" URL using the Telegram preview function. Those URL are: https://t.me/s/SimpleRefund and https://t.me/s/SimpleRefundsVouches. Both channels—the Simple Refunds "main" Telegram channel and the Simple Refunds "vouches" Telegram channel—are publicly accessible to anyone with an Internet connection.

10.    I used screenshots to document my research of Simple Refunds, associated Telegram channels, and websites or forms linked on the Simple Refunds Telegram channel. I used a screenshot program accessible through my FBI-issued laptop. Each screenshot captures the associated website as it appeared on the date of the capture. The screenshots are named based on the search engine used (i.e., Firefox), the date and time I took the screenshot, and letters and numbers auto populated by the screenshot program. Many of the screenshots also display the month and date when the items were posted.

11.    In my case file (and the file I turned over to the U.S. Attorney's Office), I organized the screenshots by year and month of the post. This enables me to identify when during the fraud the statement occurred.

Haynes Affidavit - 3
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Simple Refunds Main Channel*

12.    I accessed the "Simple Refunds" Telegram channel and learned that it was created on or about December 27, 2021. A separate channel, in which customers vouch for Simple Refunds' services—called the "vouches" sub-channel—was created on June 23, 2020. Individuals coordinate refund fraud on the main channel. The vouches sub-channel contains images of merchandise that have been successfully refunded as well as screenshots showing the refund. I took screenshots of both channels using the method described above.

13.    Exhibit 101 to this affidavit is a selection of screenshots I took of the Simple Refunds "main" Telegram channel. Each screenshot in Exhibit 101 is a true and correct copy of the screenshot I took. As shown in several of these screenshots, the self-proclaimed "owner" of Simple Refunds used the online moniker @sxjed, as shown in the image below (Ex. 101-1).



14.    Our investigation identified @sxjed as Sajed Al-Maarej.

Haynes Affidavit - 4
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

15.    Al-Maarej used the Simple Refunds main telegram channel to advertise his services and provide updates about the stores Simple Refunds could defraud. As noted, the channel was public, which means it was accessible to anyone with an Internet connection. Under Al-Maarej's leadership, there were hundreds of posts on the Simple Refunds main channel ranging in content from boasts about the success of his fraudulent refunding business, directions on how followers could participate in an aspect of the fraud, directions on how to avoid detection by victim retailers, updates on Al-Maarej's work schedule, and boasts about Al-Maarej's personal refunding successes.

16.    In Telegram, only a channel's creator or someone the creator has designated as an administrator may post content to a channel. Posts may be anonymous or signed by the administrator who wrote the post. There were a little over 300 posts in the Simple Refunds main Telegram channel between December 2021 and June 2022. @sxjed—or Al-Maarej—was tagged as the author on every single post. Between June 2022 and December 2022, most posts were anonymous.

17.    In December 2022, Al-Maarej sold Simple Refunds to another "professional refunder," using the online moniker "Ressu." Law enforcement identified Ressu as Al-Maarej's co-schemer Leonardo Vidal. Exhibit 101, includes as its last page a true and correct copy of a screenshot in which Vidal (aka "Ressu") and Al-Maarej (aka "Sxjed") announce the transfer of ownership. As shown in Exhibit 101, Simple Refunds gained more than 1,000 subscribers under Al-Maarej's leadership.

18.    Al-Maarej engaged in personal fraudulent refunding while facilitating fraudulent refunds for others through the Simple Refunds Telegram channel. Al-Maarej also sometimes boasted about the wealth he gained through his fraudulent refunding enterprises. Attached as Exhibit 102 is a true and correct copy of a video Al-Maarej posted to the Simple Refunds Telegram channel showing "sxjed" on a private jet.

19.    In addition to the main Telegram refunding channel and the vouches channel (discussed below), Al-Maarej maintained a public "chat" on Telegram that he used to

Haynes Affidavit - 5
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  discuss fraudulent refunding with his customers. Below is a true and correct image from a

2  post on that chat:



20.    Attached as Exhibit 103 hereto is a true and correct copy of an audio file Al-Maarej posted to the Simple Refunds Main Telegram channel.

***Fraudulent Refunding Methods***

21.    During his tenure as the owner of Simple Refunds, Al-Maarej and his workers used various methods to obtain fraudulent refunds from retailers, without requiring the Simple Refunds customers to return the merchandise. For example:

22.    Al-Maarej or one of his staff members would falsely claim that the purchaser did not receive the ordered item. This refunding method is sometimes called DNA, or "did not arrive."

23.    Al-Maarej would sometimes work with employees at United Parcel Service (UPS), indirectly through an intermediary, to input false scans into the packages order tracking history, which assisted Al-Maarej in persuading the retailer to issue the refund. Attached as Exhibit 104 hereto is a true and correct copy of a business record our team received from UPS showing manipulated tracking history on package fraudulently refunded through Simple Refunds.

24.    Al-Maarej would also work with United States Postal Service (USPS) insiders (indirectly, through an intermediary) to input false "return to sender" scans into the parcel tracking, even though the purchaser received the item as intended. For at least one victim retailer, this "return to sender" scan triggered an automatic refund. Exhibit 105

Haynes Affidavit - 6
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

attached hereto is a true and correct copy of shipping information obtained from USPS on a parcel that Simple Refunds staff fraudulently refunded using this "return to sender" method.

25.    Another method involved Al-Maarej or a staff member informing the victim company that the purchaser wanted to return the product. The purchaser returned a package that contained nothing, garbage, or junk. The retailer issued a refund before it uncovered the ruse.

*Order Intake and Store List*

26.    In February 2022, Al-Maarej launched an order intake system using Google Forms and Google Sheets. Google Forms is a survey administration software included as part of the web-based Google Docs suite. Google Sheets is a spreadsheet application that is also part of the Google Docs suite.

27.    On February 23, 2022, Al-Maarej posted on Telegram: "NEW GOOGLE FORM HAS BEEN ADDED, ALL ORDERS MUST BE SENT THROUGH FORM STARTING TODAY, DUE TO VOLUME OF ORDERS I'VE BEEN GETTING DO NOT SEND ME ORDERS THROUGH DM, NEW GOOGLE FORM WILL ALLOW YOU TO RESPOND MORE THEN ONCE." Exhibit 101 to this affidavit includes true and correct copy of a screenshot of the post in which Al-Maarej announces the Google-based order intake system.

28.    Al-Maarej created a link to the Google Form that he displayed in the banner pinned to most posts on the Simple Refunds Telegram channel, as shown below (Ex. 101).

Haynes Affidavit - 7
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



29. I followed the link shown above (taken from Exhibit 101) and I was taken to a Google Form titled "Simple Refunds Order Form." I took a screenshot of this order form using the method described above. A true and correct copy of that screenshot is attached as Exhibit 106.

30. Our team sought process from Google relating to ownership of the form at the Google link identified above. Exhibit 107 attached hereto is a true and correct copy of part of Google's response. It shows the Google account that hosted the Simple Refunds Order Form was sxjed11@gmail.com. Our investigation identified sxjed11@gmail.com as an account that Sajed Al-Maarej used to operate his fraudulent refunding business.

31. Law enforcement searched sxjed11@gmail.com as part of its investigation into Simple Refunds. We seized from sxjed11@gmail.com several spreadsheets created with the Google Sheets application that contained responses to the Simple Refunds Orders Form. A true and correct copy of one version of that spreadsheet is attached hereto as Exhibit 108. Exhibit 108 contains Simple Refunds Order Form responses between

Haynes Affidavit - 8
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

February 23, 2022, when Al-Maarej launched the Google intake system, and January 25, 2023, shortly after Al-Maarej sold Simple Refunds.

32.    Our investigative team removed obvious errors from the Simple Refunds orders data spreadsheet and totaled "Order Total" column between February 23, 2022 and December 28, 2022, when Al-Maarej sold Simple Refunds. Simple Refunds purchasers requested about $2.9 million in fraudulent returns during this time.

33.    Al-Maarej and others also maintained a list of retailers they believed they could defraud. A true and correct copy of screenshots of that list is attached here as Exhibit 109.

### Al-Maarej's Management and Mentorship Program

34.    Al-Maarej repeatedly told his thousands of followers that he used staff to help manage Simple Refunds. Screenshots of posts in which Al-Maarej references his "workers" are attached here as Exhibit 110.

35.    Al-Maarej also attempted to recruit store workers "that will work with us to give us insight and process refunds," and UPS employees to assist with fraudulent refunds. Screenshots of posts reflecting those attempts are attached hereto as Exhibit 111.

36.    In May 2022, Al-Maarej launched a "mentorship program" for his followers interested in creating their own refunding service or working for Simple Refunds. Exhibit 112, attached hereto, are a series of screenshots of messages posted on Simple Refunds in May 2022 advertising the mentorship program. Pages 4 through 10 of Exhibit 112 are posts showing that customers paid for the mentorship program.

37.    Al-Maarej also actively encouraged increased refunding by his followers by using bitcoin giveaways. A true and correct copy of a screenshot of one of those giveaways is included in Exhibit 101.

### Payment

38.    Al-Maarej charged Simple Refunds customers a percentage of the value of the refunded product for his fraudulent refunding services. Throughout the fraud, that percentage typically ranged from 15% to 25% of the order total.

39.    As shown in Exhibit 109 attached hereto, Al-Maarej accepted various forms of payment, including Bitcoin, Litecoin, Ethereum, USDC, Venmo, and CashApp. Al-Maarej also accepted payment by Zelle transfer.

40.    Al-Maarej "doxxed" customers that did not timely pay. Doxxing is when someone searches for and publishes private or identifying information about a particular individual on the Internet. I found at least two examples in which Al-Maarej posted a customer's private information—including home address, family members, criminal history, and social security number—to the public Simple Refunds Telegram channel.

### Fraud Loss Calculation Using Vouches Sub-Channel

41.    One key aspect of Simple Refunds was the Simple Refunds vouches subchannel. The Simple Refunds vouches subchannel had its own URL, https://t.me/simplerefundsvouches. As with the main channel, the Simple Refunds vouches subchannel was public and therefore available to anyone with an Internet connection.

42.    Al-Maarej posted images of successful refunds on the Simple Refunds vouches subchannel. The vouches subchannel lent legitimacy to Al-Maarej's fraudulent enterprise and helped attract purchasers.

43.    Exhibit 113 attached hereto are true and correct copies of screenshots I took from the vouches subchannel using the method described above.

44.    As shown in those examples, many vouches include a "refund total," showing the precise dollar amount of the fraudulently obtained refund. Others show a boast from Al-Maarej that includes an approximate dollar amount of the successful refund, such as "$10K [VC1] MacBooks Instant." Ex. 113-4. There were thousands of posts on the Simple Refunds vouches Telegram channel during Al-Maarej's leadership.

Haynes Affidavit - 10
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

45.    Starting in July 2022, I used the Simple Refunds Telegram URLs (https://t.me/s/SimpleRefund and https://t.me/s/SimpleRefundsvouches respectively) to take screenshots of successful vouches posted by @sxjed or other Simple Refunds staff. Posts were maintained on both channels dating back to their inception, which allowed me to take screenshots of successful vouches spanning the entire time Simple Refunds was in operation.

46.    Using the screenshots of successful vouches, I organized the fraud loss amounts in an Excel spreadsheet. The most recent version of that spreadsheet, which I finalized on February 2, 2024, is attached hereto as Exhibit 114.

47.    The spreadsheet has four tabs: Loss via Sxjed's Simple Refunds, Fraud Loss Totals under Sxjed, Loss via Ressu's Simple Refunds, and Fraud Loss Totals under Ressu. The first two tabs—Loss via Sxjed's Simple Refunds and Fraud Loss Totals under Sxjed—capture vouches from June 2020 through December 28, 2022, when Vidal purchased Simple Refunds from Al-Maarej.

48.    In the tab "Loss via Sxjed's Simple Refunds," I organized the loss amounts by victim retailer. I tallied the amount shown in the successful vouch underneath the victim retailer. If the amount was unknown, either whited out or too blurry to read, I listed "unknown" and highlighted the box in yellow. Vouches with "unknown" fraud loss are not counted to the ultimate loss amount. When an amount was illegible, but the text box under the picture stated an amount, I added that stated amount to the tally. If the screenshot included a readable amount, but Al-Maarej posted a different amount (typically rounded up), I used the amount in the screenshot (i.e., the lower amount).

49.    I also noted where the vouch and post description showed the stolen items were "double-dipped" or "triple-dipped." The term "double dipped," refers to when an original ordered item was kept by the customer, and the customer (with Al-Maarej's help) received a replacement product from the retailer. A triple dip was when the customer (with Al-Maarej's help) received two replacement products from the retailer. I did not include

the value of double-dipped or triple-dipped products in the total fraud loss figure because we did not have a reliable way of confirming whether the double or triple dip was successful, or the price the item was originally purchased for. My vouches-based fraud loss calculation is therefore a conservative estimate of the total loss to the victim retailers.

50.    In the tab titled "Fraud Loss Totals under Sxjed," I tallied all of the victim retailers' loss amounts to calculate a total loss attributed to Simple Refunds under Al-Maarej, calculated by way of successful vouches. The total attributed loss to Al-Maarej is **$2,951,090.77**.

51.    The retailers that suffered the most losses are located within the Western District of Washington.

52.    Law enforcement conducted interviews with victim retailers as part of its investigation into Al-Maarej and Simple Refunds. Attached as Exhibits 115 and 116 hereto are true and correct copies of memoranda summarizing several such interviews.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of December, 2024, in Seattle, Washington.

MARGARET HAYNES
Intelligence Analyst
Federal Bureau of Investigation

Haynes Affidavit - 12
*United States v. Al-Maarej*, CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# EXHIBIT 101



**Simple Refunds**
1.06K sub...    https://t.me/SimpleRefund/233

• CUSTOM STORES
https://t.me/SimpleRefund/235

5.1K 👁 Sxjed, edited 17:30

December 29, 2021



**Simple Refunds**



Been hiding this vouch for a while until I confirmed I can do this more then once, Simple refunds will now introduce Amazon 5 day refunds, has been tested on 2 5K+ orders , if you are interested message @sxjed

4.5K 👁 Sxjed, edited 23:30

January 7



**Simple Refunds**

🙏 DISCORD SERVER NOW FULLY UP AND RUNNING, ORDERS ARE STILL ACCEPTED THROUGH TELEGRAM NO NEED TO WORRY, JOIN UP EVERYONE

https://discord.gg/H4z5mDR9FV

| **Discord**
**Join the Simple Discord Server!**





**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ DOWNLOAD TELEGRAM

About    Blog    Apps    Platform



**Simple Refunds**
1.06K subscribers

But sending this vouch for a while when I confirmed I can do this more then once, Simple refunds will now introduce Amazon 5 day refunds, has been tested on 2 5K+ orders , if you are interested message @sxjed

4.5K 👁 Sxjed, edited 23:30

January 7



**Simple Refunds**

🙏DISCORD SERVER NOW FULLY UP AND RUNNING, ORDERS ARE STILL ACCEPTED THROUGH TELEGRAM NO NEED TO WORRY, JOIN UP EVERYONE

https://discord.gg/H4z5mDR9FV

**Discord**

**Join the Simple Discord Server!**
Check out the Simple community on Discord - hang out with 218 other members and enjoy free voice and text chat.

3.4K 👁 Sxjed, 21:27

January 10



**Simple Refunds**



Simple Refunds Now Accepting All Apple 🇺🇸 & 🇨🇦 Failed orders , when filling out the form please inform us in the notes

2.7K 👁 Sxjed, 18:04

January 12



**Simple Refunds**

Quick reminder for everyone payments are due on refund confirmation and as for Apple dips payments are dues when replacements are shipped out....anyone who wants to wait till money goes back on their card, their will be an up charge

---



**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-002



• Order Pickup Works
• Tips won't be Refunded
• No liquor
• Get the 2 weeks free express to save on fees!
• 30% fee

2.6K 👁 Sxjed, edited 13:27

January 13

**Simple Refunds**

Only at simple refunds we can provide you 70k worth of costco refunds with no rebill (watch the whole thing)

2.7K 👁 Sxjed, 03:26



**Simple Refunds**
@Simplerefund

| 1.06K | 202 | 5 | 42 |
|-------|-----|---|----|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ DOWNLOAD TELEGRAM

About     Blog     Apps     Platform

101-003



**Simple Refunds**
1.06K subscribers


🛍️ $4K Bloomingdales Done in 48hours ✅    1.1K 👁 Sxjed, 16:00

January 27


**Simple Refunds**

 

INSTANT REFUNDS FOR COSTCO APPLE PRODUCTS:
- No item limit
- No price limit
- Refunds in the same business day
- 20%
- No freight
- Order minimum $1.5k
- Refunders that bring me 10+ Orders a week
  Get a special deal
- NO REBILL AT ALL (100% Safe)    1.9K 👁 Sxjed, edited 22:12


**Simple Refunds**

If anyone wants has a active Costco membership and can get orders to go thru message me let's make some real money 💰
1.9K 👁 Sxjed, 22:20

January 28


**Simple Refunds**

If you sent me orders and logins through DMs please bump if I haven't started them or followed up

---



**Simple Refunds**
**@Simplerefund**

| **1.06K** | **202** | **5** | **42** |
|-----------|---------|-------|--------|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

 **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-004



**Simple Refunds**
1.06K subscribers

901 ⊙ Sxjed, 22:44



**Simple Refunds**

Anyone that hasn't got their fwrd refund yet bump me , new method will get it fixed

1.0K ⊙ Sxjed, 22:52



**Simple Refunds**

If any refunder wants to buy FWRD method dm me, my vouches speak for itself.

1.7K ⊙ Sxjed, 23:00

February 4

**Simple Refunds**
Forwarded from **SimpleRefund | Vouches**

 

$5K Microsoft ✅

1.0K ⊙ Sxjed, 00:08

February 6



**Simple Refunds**
@Simplerefund

**1.06K**           **202**        **5**           **42**
Subscribers       Photos      Videos       Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About      Blog      Apps      Platform



**Simple Refunds**

101-005



**Simple Refunds**
1.06K subscribers



🍎 ▬ Apple $10K B4U order for only $295 ✅   889 👁 Sxjed, 01:06



**Simple Refunds**



A lot of people have been messaging me regarding "Costco Investigations" have emailed them today, don't worry they can't rebill you or do any kind of legal action, just ignore and stop ordering from that account. So far 12 people got this email today

1.2K 👁 Sxjed, 16:42



**Simple Refunds**
Forwarded from SimpleRefund | Vouches



**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
|-----------|---------|-------|--------|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-006

 **Simple Refunds**
1.06K subscribers

Big big announcements soon  969  👁 Sxjed, 23:23

February 23

 **Simple Refunds**

NEW GOOGLE FORM HAS BEEN ADDED, ALL ORDERS MUST BE SENT THROUGH FORM STARTING TODAY, DUE TO VOLUME OF ORDERS IVE BEEN GETTING DO NOT SEND ME ORDERS THROUGH DM, NEW GOOGLE FORM WILL ALLOW YOU TO RESPOND MORE THEN ONCE                    1.1K  👁 Sxjed, 00:22

Simple Refunds pinned «NEW GOOGLE FORM HAS BEEN ADDE... »

**Simple Refunds**



**INTERNATIONAL AMAZON**

📦 NOW ACCEPTING AMAZON ALL COUNTRIES
- Order Minimum $1000 USD
- Must be sold and shipped by Amazon
- Item Limit: 1-5 Items
- Price Limit: $20000
- 20-25% Fee depending on order price

-Amazon Instant Refunds Only Applies to USA 🇺🇸 Orders that are shipped with UPS                    1.6K  👁 Sxjed, edited 00:25

 **Simple Refunds**

---

 **Simple Refunds**
**@Simplerefund**

**1.06K**　　**202**　　**5**　　**42**
Subscribers　Photos　Videos　Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About　　Blog　　Apps　　Platform

101-007



**Monitor**

$649.99

...processing refund

...will be issued within 4-7 business days.

ck shipping | **Request a return**

707.68

Show detail...

🧑‍💼 $10K in Microsoft Instant Refunds Processed today ✅

904 👁 Sxjed, 03:23



### Simple Refunds
@Simplerefund

**1.06K**
Subscribers

**202**
Photos

**5**
Videos

**42**
Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

---

**Simple Refunds**

Please join our vouches page if you haven't already I don't like spamming announcements page with vouches

https://t.me/simplerefundsvouches    1.9K 👁 Sxjed, edited 03:24

---

**Simple Refunds**

Costco Instant refunds Are Working Again, Click here to see new limits

https://t.me/SimpleRefund/5    2.1K 👁 Sxjed, edited 13:51

**March 1**

101-008



**Simple Refunds**
1.06K subscribers

**March 1**

**Simple Refunds**



We are writing to you in regards to your recent purchase of the ~~            ~~ from your order on 2021.

Our team is committed to providing you with the best service possible, ensuring that you receive a perfect item with each order and providing timely returns and refunds if you are not satisfied with your experience. However, we have associated your order with a screenshot/voucher found on a professional refunding service page.

Since this service was used, we will be reversing your refund in the amount of $ 

Please note, Wayfair treats the use of these professional refunding sites seriously and will report such incidents to the appropriate local police departments. If you have any questions, concerns, or want to share any information in regard to the service used, please don't hesitate to reach out to the Executive Resolution team at ExecutiveResolution@wayfair.com.

Thank you.

↩∨  Reply

 😂😂😂😂 look at this Bullshit Scare tactic 😂😂 Wayfair send me your btc address let me donate y'all sound hurt

1.0K 👁  Sxjed, 14:00

---

**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
|-----------|---------|-------|--------|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

**March 2**

101-009



orders up too $5K but it has to be Apple watches only 🔴

1.4K 👁 Sxjed, 16:37

March 5

**Simple Refunds**



Good morning, will be online in a few hours, just wanted to show this everyone that Microsoft is still green and not patched, if your refunder put it on hold, send me your orders I'll do them 👍

992 👁 Sxjed, 13:53

**Simple Refunds**
@Simplerefund

**1.06K**    **202**    **5**    **42**
Subscribers   Photos   Videos   Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle
/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me
/simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

March 6

101-010

**Simple Refunds**
1.06K subscribers



🧑‍💼🙏 Today's Batch Of Microsoft Instant refunds $16K worth✅ if it gets shipped ups it's instant refund eligible

833 👁 Sxjed, 03:39



**Simple Refunds**



Go Kart Refunds Coming soon....

1.1K 👁 Sxjed, edited 14:44



**Simple Refunds**

I don't know why everyone thinks Microsoft is dead just because another refunder put it on hold, refunds are still going thru just fine, any order from any site that your refunder had failed, DM and I'll see if I can fix!

1.0K 👁 Sxjed, 21:49

March 4

**Simple Refunds**
Forwarded from SimpleRefund | Vouches

**Order Details**
Ordered on February 24, 2022    Order#

Shipping Address          Payment Method          Order Summary
                          VISA ****



---



**Simple Refunds**
**@Simplerefund**

**1.06K**          **202**          **5**          **42**
Subscribers      Photos         Videos         Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

▶ **DOWNLOAD TELEGRAM**

About      Blog      Apps      Platform

101-011



**Simple Refunds**
1.06K subscribers

days Max

827 👁 Sxjed, 04:06

March 7



**Simple Refunds**

If you have an Amazon order that's in transit, We can now get it refunded before delivery or same day as delivery!

1.0K 👁 Sxjed, 14:10

March 8



**Simple Refunds**





**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
|-----------|---------|-------|--------|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-012



**Simple Refunds**
1.06K subscribers

Archive order



👨 Amazon $3K MacBook (Third party) ✅          798 👁 Sxjed, 17:55



**Simple Refunds**

So far processed 10k worth of Amazon MacBooks today and still not done for the day , if your not ordering MacBooks and taking advantage of this Instant refund opportunity, I'm sorry but your missing out                          904 👁 Sxjed, 17:56



**Simple Refunds**

If you're interested in buying a Rolex from Amazon to be refunded Dm me👨          921 👁 Sxjed, 19:50



**Simple Refunds**
Forwarded from **SimpleRefund | Vouches**



👨 LFG $15700 AMAZON INTRANSIT REFUND😍 ✅ (6 MacBooks)          810 👁 Sxjed, 21:42

---



**Simple Refunds**
**@Simplerefund**

| **1.06K** | **202** | **5** | **42** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About     Blog     Apps     Platform

101-013

**Simple Refunds**
1.06K subscribers



🧑 $2.6K Amazon 3rd Party MacBook "Adorama" Seller ✅ (2 day refund)

765 👁 Sxjed, 17:59

**Simple Refunds**



13 iMacs , systoned KMBS
^ 1 client

912 👁 Sxjed, edited  18:13

---

**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About     Blog     Apps     Platform

101-014

**Simple Refunds**

**Simple Refunds**
1.06K subscribers

📢 Quick Major Announcement: I am now the owner of Vortex Refunds.

I currently own 3 refunding servers
- Main Server: https://t.me/SimpleRefund
- Secondary Server: https://t.me/vortexrefunds
- Backup server: https://t.me/ProjectXRefunds

My Main Goal is to get everyone on simple refunds, so the other channels can be used for other things, some vortex services that Xz offered, I will no longer offer.

Thank you for understanding - @sxjed          2.2K 👁 Sxjed, 13:39



**Simple Refunds**

Send in Walmart orders, Insider is up 30% upfront

1.0K 👁 Sxjed, 17:10

April 6



**Simple Refunds**

🚩 All Amazon Macbook Orders are 18% Starting today

- MUST FILL FORM BEFORE DELIVERY
- UPS SHIPPED ORDERS ARE 18% AS WELL
- FIXING FAILED ORDERS
- REFUND IN TRANSIT ✅          1.6K 👁 Sxjed, 17:37



**Simple Refunds**

🧑 Walmart insider processing refunds shortly , if you have an order delivered already submit in form          940 👁 Sxjed, 19:21

April 7

**Simple Refunds**





**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

 **DOWNLOAD TELEGRAM**

About     Blog     Apps     Platform

101-015



**Simple Refunds**
1.06K sub...
Waiting for ? Don't miss this opportunity....
1.2K 👁 Sxjed, 09:15



**Simple Refunds**
Good morning, sick asf today, be online in 1-2 hours, all orders that were submitted yesterday will be started today
960 👁 Sxjed, 11:25

**Simple Refunds**
If you aren't already in the vouches page please join, I don't like posting on the announcements page that much

https://t.me/simplerefundsvouches
1.7K 👁 Sxjed, 13:40



**Simple Refunds**
Microsoft Instant Refunds are back (UPS Shipped only) Posting vouches soon
1.2K 👁 Sxjed, 14:35

April 9



**Simple Refunds**
Good morning be online in 30 mins to start answering DMs
964 👁 Sxjed, 13:14



**Simple Refunds**
🎉The Past 3-4 Days We've Processed over $100K in Amazon instant & In-transit refunds were deciding to do a little giveaway, we're giving out $500 in BTC
To be eligible to participate you must place an Amazon order this week so from 4/9/22-4/15/22 with the requirements below 👇

🎴 Amazon Order Requirements
- 1-10 Item Limit
- No Price limit
- Order must be shipped UPS (Macbooks always ship ups)
- No Third party unless I approve
- No Dips
- Multiple orders per acc is fine just place 4-6 Small orders between each refund

🏆 Winner Will be chosen Randomly next Saturday
1.6K 👁 Sxjed, 15:45



**Simple Refunds**
@Simplerefund

**1.06K**
Subscribers

**202**
Photos

**5**
Videos

**42**
Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

 **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform



**Simple Refunds**
1.06K subscribers

😎 Got some sexy Amazon orders done today, All instant and intransit refunds , $15K , $14K , $13K and $6.5K so far.... 🔴

1.6K 👁 Sxjed, 17:19

April 12

**Simple Refunds**
Good morning be online in 1 hour    907 👁 Sxjed, 11:09

**Simple Refunds**



🙏 Everyone Eatin Off Amazon 💰    1.2K 👁 Sxjed, 15:07

## Simple Refunds
### @Simplerefund

| **1.06K** | **202** | **5** | **42** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

**✈ DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-017



**Simple Refunds**
1.06K subscribers

**April 14**



**Simple Refunds**

All orders in the form have been started on and most are in the queue for the follow up today , if you haven't gotten an update in a while on your order just dm and I'll update you when I wake up, GN

928  👁  Sxjed, 05:35

**April 15**



**Simple Refunds**

**Simple Refunds**

🎉The Past 3-4 Days We've Processed over $100K in Amazon in...

Just a reminder today is the last day for this weeks giveaway , tomorrow the $500 winner will be randomly chosen 👍

1.3K  👁  Sxjed, 16:41



**Simple Refunds**

🟥 Amazon & Apple B4U Update

-Amazon In-transit & Instant Refunds is the hottest thing in the refunding market as of right now the past 6 days starting from April 9th till today we've closed $166,000 in refunds of Amazon MacBooks and other items Amazon ships via UPS. I'll post the vouches page incase you wanna count for yourself.

- Regarding Apple B4U, a lot of people have been asking when I'm going to be accepting orders....Due to the high volume of orders we are getting, Every weekend I'll be doing 5 Apple B4U orders and price will be at 30%.

-For people that are new here and don't know what Apple B4U the requirements for the USA clients is that you must have an Apple credit card to be eligible for this program. It's basically a program where we login to your Apple ID and discount you an Apple product for 90-95% off and you would pay us 30% of the item price.

🙌 A lot of pending orders will finish/be started this weekend🙏

https://t.me/simplerefundsvouches    2.1K  👁  Sxjed, edited, 20:11

**Simple Refunds**
@Simplerefund

**1.06K**
Subscribers

**202**
Photos

**5**
Videos

**42**
Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

**✈ DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-018



### Simple Refunds
1.06K subscribers

Will be answering DMs later , been working on Amazon orders all day , my worker is working on other orders, been some delays with other orders, rest assured all will be taken care of 👍

847 👁 Sxjed, 20:25

April 28

### Simple Refunds



Good morning, everyone go congratulate @BrockSaxnut on his new whip🏎, refunding out here changing lives, cheers 🙌

900 👁 Sxjed, 17:12



### Simple Refunds
@Simplerefund

**1.06K**
Subscribers

**202**
Photos

**5**
Videos

**42**
Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

▶ DOWNLOAD TELEGRAM

About    Blog    Apps    Platform

April 29

101-019

**Simple Refunds**
1.06K sub...

$24K AMAZON IN TRANSIT REFUND 🔴 (15 iMacs) tell your refunder to smd respectfully 😴 systoned wya fam?

1.1K 👁 Sxjed, 16:46



**Simple Refunds**

At the gym, be online later with a few announcements and answer DMs 🙏

979 👁 Sxjed, 20:09

**May 13**



**Simple Refunds**

Quick announcement/update:
- Y'all are going crazy off Amazon right now, glad your seizing the opportunity
- Orders other then Amazon , expect a short delay and have patience please, me and workers are doing are best
- Mentorship dropping next week, decided to 15 slots only, if your a old client you will have first dibs then any new comers
- Heard that items that are $2k or more ship ups on Amazon , since MacBooks are out of stock and soon 3rd party sellers will be out of stock cuz of me
- deciding I'm never posting wayfair vouches again Due to a snitch in the vouches page reporting to wayfair
- New apple bypass working amazing not giving to anyone publicly, will be offered in mentorship only
- lastly please join the vouches page if you haven't already , about to flood it rn with in transit refunds

https://t.me/simplerefundsvouches

1.4K 👁 Sxjed, edited 02:16

**Simple Refunds**

Be online later to check dms, and good announcement later , if you have a ups or usps tracking in-transit for amazon just ping me if I haven't answered you

884 👁 Sxjed (at the gym), 21:50

**May 15**



**Simple Refunds**

Happy Sunday , Be online in 2-3 hours , giveaway will be posted later 🧍

847 👁 Sxjed, 12:08



**Simple Refunds**
Forwarded from SimpleRefund | Vouches

---

**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

⬇ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-020

**Simple Refunds**
1.06K sub...

...er not...
only UPS and USPS in transit shipped orders for Amazon, if you see
any vouches from other refunders it's 🕊️    1.1K 👁 Sxjed, 23:37

May 19


**Simple Refunds**
Good morning be online in 1 hour    897 👁 Sxjed, 13:46


**Simple Refunds**
Looking for bestbuy delivery drivers…    913 👁 Sxjed, 15:15


**Simple Refunds**



0:12

1.1K 👁 Sxjed (at the gym), 21:30


**Simple Refunds**
@Simplerefund

| 1.06K | 202 | 5 | 42 |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle
/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me
/simplerefundsvouches

**⏵ DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-021

**Simple Refunds**
1.06K subscribers

June 12



**Simple Refunds**

All delivered Walmart orders are about to get refunded , have payment ready

1.2K 👁 Sxjed (off today), 16:47



**Simple Refunds**

 **Simple Refunds**
🏪 CUSTOM STORES - Now Accepting any store of your ch...

Updated Custom stores list if y'all have a store you want to order from that meet these requirements just click above to the replied message

1.2K 👁 Sxjed (off today), 22:28

June 13



**Simple Refunds**

Good morning be online in 30   1.2K 👁 Sxjed, 12:13



**Simple Refunds**





**Simple Refunds**
@simplerefund

| 1.06K | 202 | 5 | 42 |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-022



**Simple Refunds**
1.06K subscribers



**Simple Refunds**

IF YOU HAD A WALMART REFUND DONE PLEASE CHANGE YOUR
CARD ASAP TO AVOID FUTURE REBILLS, 🙇 Walmart on hold, don't
send orders for now

1.2K 👁 Sxjed, edited  16:01



**Simple Refunds**



🙇 Thanks for the free money Jeff 🤝 ima continue to empty out
your MacBooks

1.3K 👁 Sxjed, edited  17:06

**Simple Refunds**
@simplerefund

| 1.06K | 202 | 5 | 42 |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle
/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me
/simplerefundsvouches

**✈ DOWNLOAD TELEGRAM**

About        Blog        Apps        Platform

June 14



101-023



**Simple Refunds**
1.12K subscribers

Sorry for all the recent delays, and we'll make it right!

Any issues feeling free to dm @Ressu6969          530 👁 21:16



**Simple Refunds**

Thank you everyone that did business with me in the past years it was a good run, hope to see you all strive for greatness and achieve your goals 🙏
- @sxjed out ✌️          516 👁 21:20



**Simple Refunds**

If you are not able to locate your refund, or have any further questions, please reply back and we're happy to help!

@Sxjed @Sxjed @Sxjed @Sxjed

💳 PAYMENT
$28,036.99 USD    Refund...

Since I'm out I might as well leave this last vouch for everyone to wonder 😶
Good little Rollie 🎁 happy holidays          513 👁 21:28



**Simple Refunds**

We'll be closing the chat till tomorrow.

Will be dropping some rules and also having someone on the support account tomorrow. aside from the ownership of the server, nothing will change.          508 👁 21:43

December 30, 2022



**Simple Refunds**

Hope everyone is having a nice end of the year.

---

**Simple Refunds**
@simplerefund

| 1.12K | 285 | 6 | 80 |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ DOWNLOAD TELEGRAM

About     Blog     Apps     Platform



 **Simple Refunds**
1.12K subscribers

https://forms.gle/7N3Yvuk8JXE3Kre66                658 👁 16:00

**December 23, 2022**

 **Simple Refunds**
We just restructured our staff and will be answering messages today                769 👁 16:35

**December 25, 2022**

 **Simple Refunds**
🌟 Merry Christmas 🎄                714 👁 14:54

**December 28, 2022**

 **Simple Refunds**
Hello Everyone. Just bought this server from @sxjed.

Will be having someone run the @SimpleRefundsSupport account tomorrow and working on orders.

Sorry for all the recent delays, and we'll make it right!

Any issues feeling free to dm @Ressu6969                530 👁 21:16

 **Simple Refunds**
Thank you everyone that did business with me in the past years it was a good run, hope to see you all strive for greatness and achieve your goals 🙏
- @sxjed out ✌️                516 👁 21:20

 **Simple Refunds**
If you are not able to locate your refund, or

 **Simple Refunds**
@simplerefund

| 1.12K | 285 | 6 | 80 |
|-------|-----|---|-----|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

101-025

# EXHIBIT 102

**[Native exhibit provided to Court / counsel and kept on file in U.S. Attorney's Office]**

# EXHIBIT 103

**[Native exhibit provided to Court / counsel and kept on file in U.S. Attorney's Office]**

# EXHIBIT 104

| Trk_Num | GMT_DT | GMT_TM | LCL_DT | LCL_TM | Activity_Code | Activity_Desc | SLIC | Activity_Type | Region | District | Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1Z0920WV4204919237 | 5/13/2022 | 07.01.16 | 5/13/2022 | 03.01.16 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 2870 | ATT | EAST REGION | SOUTH ATLANTIC | NCASH |
| 1Z0920WV4204919237 | 5/13/2022 | 07.01.16 | 5/13/2022 | 03.01.16 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 2870 | XCP | EAST REGION | SOUTH ATLANTIC | NCASH |
| 1Z0920WV4204919237 | 5/13/2022 | 114300 | 5/13/2022 | 04.43.00 | 9 | DEPARTURE | 9020 | LOG | WEST REGION | SOUTH CALIFORNIA | CACPT |
| 1Z0920WV4204919237 | 5/13/2022 | 75900 | 5/13/2022 | 00.59.00 | 10 | ARRIVAL | 9020 | LOG | WEST REGION | SOUTH CALIFORNIA | CACPT |
| 1Z0920WV4204919237 | 5/13/2022 | 40300 | 5/12/2022 | 21.03.00 | 9 | DEPARTURE | 9324 | LOG | WEST REGION | NORTH CALIFORNIA | CAVSI |
| 1Z0920WV4204919237 | 5/13/2022 | 09.10.47 | 5/13/2022 | 02.10.47 | 12 | LOCATION | 9020 | PHYS | WEST REGION | SOUTH CALIFORNIA | CACPT |
| 1Z0920WV4204919237 | 5/13/2022 | 01.21.33 | 5/12/2022 | 18.21.33 | 12 | LOCATION | 9324 | PHYS | WEST REGION | NORTH CALIFORNIA | CAVSI |
| 1Z0920WV4204919237 | 5/13/2022 | 09.16.48 | 5/13/2022 | 02.16.48 | 12 | LOCATION | 9020 | PHYS | WEST REGION | SOUTH CALIFORNIA | CACPT |
| 1Z0920WV4204919237 | 5/17/2022 | 225500 | 5/17/2022 | 18.55.00 | 9 | DEPARTURE | 2749 | LOG | EAST REGION | SOUTH ATLANTIC | NCGRE |
| 1Z0920WV4204919237 | 5/17/2022 | 43300 | 5/17/2022 | 00.33.00 | 10 | ARRIVAL | 2749 | LOG | EAST REGION | SOUTH ATLANTIC | NCGRE |
| 1Z0920WV4204919237 | 5/17/2022 | 16.19.06 | 5/17/2022 | 12.19.06 | 12 | LOCATION | 2749 | PHYS | EAST REGION | SOUTH ATLANTIC | NCGRE |
| 1Z0920WV4204919237 | 5/18/2022 | 19.12.42 | 5/18/2022 | 15.12.42 | KB | SIGNATURE OBTAINED | 2864 | DEL | EAST REGION | SOUTH ATLANTIC | NCLEN |
| 1Z0920WV4204919237 | 5/18/2022 | 35100 | 5/17/2022 | 23.51.00 | 10 | ARRIVAL | 2864 | LOG | EAST REGION | SOUTH ATLANTIC | NCLEN |
| 1Z0920WV4204919237 | 5/18/2022 | 31600 | 5/17/2022 | 23.16.00 | 9 | DEPARTURE | 2860 | LOG | EAST REGION | SOUTH ATLANTIC | NCHIK |
| 1Z0920WV4204919237 | 5/18/2022 | 3500 | 5/17/2022 | 20.35.00 | 10 | ARRIVAL | 2860 | LOG | EAST REGION | SOUTH ATLANTIC | NCHIK |
| 1Z0920WV4204919237 | 5/18/2022 | 10.17.51 | 5/18/2022 | 06.17.51 | 24 | OUT FOR DELIVERY ON CAR | 2864 | PHYS | EAST REGION | SOUTH ATLANTIC | NCLEN |
| 1Z0920WV4204919237 | 5/18/2022 | 10.04.40 | 5/18/2022 | 06.04.40 | 2 | DESTINATION | 2864 | PHYS | EAST REGION | SOUTH ATLANTIC | NCLEN |
| 1Z09833V4283278398 | 3/30/2022 | 19.53.26 | 3/30/2022 | 15.53.26 | 12 | LOCATION | 072AM | PHYS | EAST REGION | NORTH ATLANTIC | NJCTE |
| 1Z09833V4283278398 | 3/30/2022 | 23.39.55 | 3/30/2022 | 19.39.55 | 12 | LOCATION | 899 | PHYS | EAST REGION | NORTH ATLANTIC | NJEDI |
| 1Z09833V4283278398 | 3/31/2022 | 202700 | 3/31/2022 | 16.27.00 | 10 | ARRIVAL | 2939 | LOG | EAST REGION | SOUTH ATLANTIC | SCSPA |
| 1Z09833V4283278398 | 3/31/2022 | 33300 | 3/30/2022 | 23.33.00 | 9 | DEPARTURE | 899 | LOG | EAST REGION | NORTH ATLANTIC | NJEDI |
| 1Z09833V4283278398 | 4/1/2022 | 18.28.54 | 4/1/2022 | 14.28.54 | KB | SIGNATURE OBTAINED | 3024 | DEL | EAST REGION | SOUTH ATLANTIC | GAPLE |
| 1Z09833V4283278398 | 4/1/2022 | 04.44.58 | 4/1/2022 | 00.44.58 | 12 | LOCATION | 3009 | PHYS | EAST REGION | SOUTH ATLANTIC | GAPLE |
| 1Z09833V4283278398 | 4/1/2022 | 09.25.21 | 4/1/2022 | 05.25.21 | 24 | OUT FOR DELIVERY ON CAR | 3009 | PHYS | EAST REGION | SOUTH ATLANTIC | GAPLE |
| 1Z09833V4283278398 | 4/1/2022 | 04.49.42 | 4/1/2022 | 00.49.42 | 2 | DESTINATION | 3009 | PHYS | EAST REGION | SOUTH ATLANTIC | GAPLE |
| 1Z09833V4283278398 | 4/3/2022 | 00.07.14 | 4/3/2022 | 01.07.14 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 2370 | ATT | EUROPE | UNITED KINGDOM | GBGTE |
| 1Z09833V4283278398 | 4/3/2022 | 00.07.14 | 4/3/2022 | 01.07.14 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 2370 | XCP | EUROPE | UNITED KINGDOM | GBGTE |
| 1Z09833V4283278398 | 4/4/2022 | 15.05.26 | 4/4/2022 | 17.05.26 | LU | UPS FRAUD RISK INTERCEPT | 3428 | XCP | EUROPE | NETHERLANDS | NLUHT |
| 1Z09833V4283278398 | 4/4/2022 | 15.04.26 | 4/4/2022 | 17.04.26 | 12 | LOCATION | 3428 | PHYS | EUROPE | NETHERLANDS | NLUHT |
| 1Z09833V4283278398 | 4/20/2022 | 13.33.33 | 4/20/2022 | 15.33.33 | LU | UPS FRAUD RISK INTERCEPT | 3428 | XCP | EUROPE | NETHERLANDS | NLUHT |
| 1Z09833V4283278398 | 4/20/2022 | 13.32.33 | 4/20/2022 | 15.32.33 | 12 | LOCATION | 3428 | PHYS | EUROPE | NETHERLANDS | NLUHT |
| 1Z0X118A4292824464 | 5/20/2022 | 19.55.43 | 5/20/2022 | 15.55.43 | 12 | LOCATION | 899 | PHYS | EAST REGION | NORTH ATLANTIC | NJEDI |
| 1Z0X118A4292824464 | 5/21/2022 | 20.05.49 | 5/21/2022 | 16.05.49 | KB | SIGNATURE OBTAINED | 2108 | DEL | EAST REGION | CHESAPEAKE | MDABR |
| 1Z0X118A4292824464 | 5/21/2022 | 18.04.15 | 5/21/2022 | 14.04.15 | KQ | RECEIVER REFUSED DAMAGED PACKAGE | 1860 | XCP | EAST REGION | MID ATLANTIC | PAWLB |
| 1Z0X118A4292824464 | 5/21/2022 | 62100 | 5/21/2022 | 02.21.00 | 9 | DEPARTURE | 1919 | LOG | EAST REGION | CHESAPEAKE | PAPHI |
| 1Z0X118A4292824464 | 5/21/2022 | 23500 | 5/20/2022 | 22.35.00 | 10 | ARRIVAL | 1919 | LOG | EAST REGION | CHESAPEAKE | PAPHI |
| 1Z0X118A4292824464 | 5/21/2022 | 75900 | 5/21/2022 | 03.59.00 | 10 | ARRIVAL | 2138 | LOG | EAST REGION | CHESAPEAKE | MDABR |
| 1Z0X118A4292824464 | 5/21/2022 | 4800 | 5/20/2022 | 20.48.00 | 9 | DEPARTURE | 899 | LOG | EAST REGION | NORTH ATLANTIC | NJEDI |

104-001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1Z0X118A4292824464 | 5/21/2022 04.35.18 | 5/21/2022 00.35.18 | 12 LOCATION | 1919 PHYS | EAST REGION | CHESAPEAKE | PAPHI |
| 1Z0X118A4292824464 | 5/21/2022 10.01.41 | 5/21/2022 06.01.41 | 24 OUT FOR DELIVERY ON CAR | 2138 PHYS | EAST REGION | CHESAPEAKE | MDABR |
| 1Z0X118A4292824464 | 5/21/2022 09.50.03 | 5/21/2022 05.50.03 | 2 DESTINATION | 2138 PHYS | EAST REGION | CHESAPEAKE | MDABR |
| 1Z0X118A4292824464 | 5/21/2022 04.36.56 | 5/21/2022 00.36.56 | 12 LOCATION | 1919 PHYS | EAST REGION | CHESAPEAKE | PAPHI |
| 1Z0X118A4292824464 | 5/29/2022 14.00.00 | 5/29/2022 10.00.00 LU | UPS FRAUD RISK INTERCEPT | 3428 XCP | EUROPE | NETHERLANDS | NLUHT |
| 1Z0X118A4292824464 | 6/7/2022 09.27.09 | 6/7/2022 05.27.09 2W | | 3000 DEL | EAST REGION | SOUTH ATLANTIC | GAROS |
| 1Z0X118A4292824464 | 8/2/2022 15.47.26 | 8/2/2022 11.47.26 LQ | DAMAGE INSPECTION SCHEDULED | 2108 XCP | EAST REGION | CHESAPEAKE | MDABR |
| 1Z0X118A4292824464 | 8/4/2022 17.37.14 | 8/4/2022 13.37.14 UP | INVESTIGATION REQUESTED | 2108 XCP | EAST REGION | CHESAPEAKE | MDABR |
| 1Z0X118A4292824464 | 8/5/2022 22.25.57 | 8/5/2022 18.25.57 UP | INVESTIGATION REQUESTED | 2108 XCP | EAST REGION | CHESAPEAKE | MDABR |
| 1Z0X118A4292824464 | 8/26/2022 13.56.24 | 8/26/2022 21.56.24 | 45 THE PACKAGE WAS DAMAGED IN TRANSIT | 8441 XCP | ASIA PACIFIC | PHILIPPINES | PHCBU |
| 1Z0X118A4292824464 | 8/26/2022 14.01.54 | 8/26/2022 22.01.54 UY | DAMAGE REPORTED | 8441 XCP | ASIA PACIFIC | PHILIPPINES | PHCBU |
| 1Z17E80E4292599713 | 5/13/2022 16.30.37 | 5/13/2022 09.30.37 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 9451 ATT | WEST REGION | NORTH CALIFORNIA | CASEB |
| 1Z17E80E4292599713 | 5/13/2022 17.36.52 | 5/13/2022 10.36.52 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 9451 ATT | WEST REGION | NORTH CALIFORNIA | CASEB |
| 1Z17E80E4292599713 | 5/13/2022 17.36.52 | 5/13/2022 10.36.52 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 9451 XCP | WEST REGION | NORTH CALIFORNIA | CASEB |
| 1Z17E80E4292599713 | 5/13/2022 16.30.37 | 5/13/2022 09.30.37 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 9451 XCP | WEST REGION | NORTH CALIFORNIA | CASEB |
| 1Z17E80E4292599713 | 5/13/2022   34700 | 5/12/2022 21.47.00 | 9 DEPARTURE | 8430 LOG | WEST REGION | DESERT MOUNTAIN | UTLOG |
| 1Z17E80E4292599713 | 5/13/2022   205000 | 5/13/2022 13.50.00 | 10 ARRIVAL | 9169 LOG | WEST REGION | SOUTH CALIFORNIA | CAONA |
| 1Z17E80E4292599713 | 5/13/2022   52300 | 5/12/2022 23.23.00 | 10 ARRIVAL | 8459 LOG | WEST REGION | DESERT MOUNTAIN | UTLKE |
| 1Z17E80E4292599713 | 5/13/2022   103700 | 5/13/2022 04.37.00 | 9 DEPARTURE | 8459 LOG | WEST REGION | DESERT MOUNTAIN | UTLKE |
| 1Z17E80E4292599713 | 5/13/2022 21.50.40 | 5/13/2022 14.50.40 | 12 LOCATION | 9169 PHYS | WEST REGION | SOUTH CALIFORNIA | CAONA |
| 1Z17E80E4292599713 | 5/13/2022 06.54.06 | 5/13/2022 00.54.06 | 12 LOCATION | 8459 PHYS | WEST REGION | DESERT MOUNTAIN | UTLKE |
| 1Z17E80E4292599713 | 5/13/2022 02.26.43 | 5/12/2022 20.26.43 | 12 LOCATION | 8430 PHYS | WEST REGION | DESERT MOUNTAIN | UTLOG |
| 1Z17E80E4292599713 | 5/13/2022 07.01.20 | 5/13/2022 01.01.20 | 12 LOCATION | 8459 PHYS | WEST REGION | DESERT MOUNTAIN | UTLKE |
| 1Z17E80E4292599713 | 5/14/2022 18.28.42 | 5/14/2022 11.28.42 KB | SIGNATURE OBTAINED | 9300 DEL | WEST REGION | SOUTH CALIFORNIA | CAVEN |
| 1Z17E80E4292599713 | 5/14/2022   41000 | 5/13/2022 21.10.00 | 9 DEPARTURE | 9169 LOG | WEST REGION | SOUTH CALIFORNIA | CAONA |
| 1Z17E80E4292599713 | 5/14/2022   61700 | 5/13/2022 23.17.00 | 10 ARRIVAL | 9300 LOG | WEST REGION | SOUTH CALIFORNIA | CAVEN |
| 1Z17E80E4292599713 | 5/14/2022 12.55.35 | 5/14/2022 05.55.35 | 24 OUT FOR DELIVERY ON CAR | 9300 PHYS | WEST REGION | SOUTH CALIFORNIA | CAVEN |
| 1Z17E80E4292599713 | 5/14/2022 12.51.12 | 5/14/2022 05.51.12 | 2 DESTINATION | 9300 PHYS | WEST REGION | SOUTH CALIFORNIA | CAVEN |
| 1Z17E80E4292599713 | 5/18/2022 17.55.43 | 5/18/2022 13.55.43 UP | INVESTIGATION REQUESTED | 9300 XCP | WEST REGION | SOUTH CALIFORNIA | CAVEN |
| 1Z17E80E4292599713 | 5/24/2022 20.04.36 | 5/24/2022 16.04.36 UP | INVESTIGATION REQUESTED | 9300 XCP | WEST REGION | SOUTH CALIFORNIA | CAVEN |
| 1Z17E80E4292599713 | 5/29/2022 14.00.00 | 5/29/2022 10.00.00 LU | UPS FRAUD RISK INTERCEPT | 3428 XCP | EUROPE | NETHERLANDS | NLUHT |
| 1Z7V266F4256444011 | 3/9/2022 20.36.57 | 3/9/2022 12.36.57 KB | SIGNATURE OBTAINED | 9890 DEL | WEST REGION | NORTHWEST | WAYAK |
| 1Z7V266F4256444011 | 3/9/2022 16.05.56 | 3/9/2022 11.05.56 KB | SIGNATURE OBTAINED | 1180 DEL | EAST REGION | NORTH ATLANTIC | NYNAS |
| 1Z7V266F4256444011 | 3/9/2022   132500 | 3/9/2022 05.25.00 | 10 ARRIVAL | 9890 LOG | WEST REGION | NORTHWEST | WAYAK |
| 1Z7V266F4256444011 | 3/9/2022   103600 | 3/9/2022 02.36.00 | 9 DEPARTURE | 9847 LOG | WEST REGION | NORTHWEST | WATOM |
| 1Z7V266F4256444011 | 3/9/2022 02.39.35 | 3/8/2022 18.39.35 | 12 LOCATION | 9847 PHYS | WEST REGION | NORTHWEST | WATOM |
| 1Z7V266F4256444011 | 3/9/2022 01.02.10 | 3/8/2022 17.02.10 | 12 LOCATION | 981AM PHYS | WEST REGION | NORTHWEST | WAAMZ |
| 1Z7V266F4256444011 | 3/9/2022 14.15.57 | 3/9/2022 06.15.57 | 2 DESTINATION | 9890 PHYS | WEST REGION | NORTHWEST | WAYAK |
| 1Z7V266F4256444011 | 3/9/2022 02.34.01 | 3/8/2022 18.34.01 | 12 LOCATION | 9847 PHYS | WEST REGION | NORTHWEST | WATOM |

| Tracking | Date 1 | Time 1 | Date 2 | Time 2 | Code | Description | Num | Type | Region | Area | Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1Z7V266F4256444011 | 3/15/2022 | 14.18.59 | 3/15/2022 | 10.18.59 | KB | SIGNATURE OBTAINED | 1110 | DEL | EAST REGION | NORTH ATLANTIC | NYLIC |
| 1Z811R304235068516 | 5/25/2022 | 21.35.10 | 5/25/2022 | 17.35.10 | TQ | UPS MIGRATION PREVENTS ANY FURTHER INFO | 1860 | XCP | EAST REGION | MID ATLANTIC | PAWLB |
| 1Z811R304235068516 | 5/25/2022 | 17.00.56 | 5/25/2022 | 10.00.56 | | 12 LOCATION | 897AM | PHYS | WEST REGION | SOUTH CALIFORNIA | NVLAG |
| 1Z811R304235068516 | 5/26/2022 | 18.38.03 | 5/26/2022 | 11.38.03 | KB | SIGNATURE OBTAINED | 9120 | DEL | WEST REGION | SOUTH CALIFORNIA | CAVAN |
| 1Z811R304235068516 | 5/26/2022 | 60700 | 5/25/2022 | 23.07.00 | | 9 DEPARTURE | 9169 | LOG | WEST REGION | SOUTH CALIFORNIA | CAONA |
| 1Z811R304235068516 | 5/26/2022 | 74300 | 5/26/2022 | 00.43.00 | | 10 ARRIVAL | 9149 | LOG | WEST REGION | SOUTH CALIFORNIA | CAVAN |
| 1Z811R304235068516 | 5/26/2022 | 01.58.36 | 5/25/2022 | 18.58.36 | | 12 LOCATION | 9169 | PHYS | WEST REGION | SOUTH CALIFORNIA | CAONA |
| 1Z811R304235068516 | 5/26/2022 | 11.38.44 | 5/26/2022 | 04.38.44 | | 2 DESTINATION | 9149 | PHYS | WEST REGION | SOUTH CALIFORNIA | CAVAN |
| 1Z811R304235068516 | 5/26/2022 | 11.57.20 | 5/26/2022 | 04.57.20 | | 24 OUT FOR DELIVERY ON CAR | 9149 | PHYS | WEST REGION | SOUTH CALIFORNIA | CAVAN |
| 1Z811R304235068516 | 6/7/2022 | 14.00.00 | 6/7/2022 | 10.00.00 | LU | UPS FRAUD RISK INTERCEPT | 3428 | XCP | EUROPE | NETHERLANDS | NLUHT |
| 1Z81RF202960046461 | 3/29/2022 | 18.37.59 | 3/29/2022 | 11.37.59 | | 12 LOCATION | 063AM | PHYS | EAST REGION | NORTHEAST | CTNHV |
| 1Z81RF202960046461 | 3/29/2022 | 22.36.38 | 3/29/2022 | 18.36.38 | | 12 LOCATION | 609 | PHYS | EAST REGION | NORTHEAST | CTBIA |
| 1Z81RF202960046461 | 3/30/2022 | 19.36.15 | 3/30/2022 | 12.36.15 | 6R | NOT IN 1ST TRY; UPS ACCESS POINT NXT DAY | 9820 | ATT | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/30/2022 | 19.36.15 | 3/30/2022 | 12.36.15 | 6R | NOT IN 1ST TRY; UPS ACCESS POINT NXT DAY | 9820 | XCP | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/30/2022 | 19.36.15 | 3/30/2022 | 12.36.15 | 6R | NOT IN 1ST TRY; UPS ACCESS POINT NXT DAY | 9820 | XCP | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/30/2022 | 19.41.49 | 3/30/2022 | 12.41.49 | O1 | DELIVERY CHANGE REQUEST TO BE PROCESSED | 9820 | XCP | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/30/2022 | 130000 | 3/30/2022 | 06.00.00 | | 9 DEPARTURE | 9839 | LOG | WEST REGION | NORTHWEST | WAATT |
| 1Z81RF202960046461 | 3/30/2022 | 04.57.23 | 3/29/2022 | 23.57.23 | | 12 LOCATION | 6119 | PHYS | WEST REGION | CENTRAL PLAINS | ILRKF |
| 1Z81RF202960046461 | 3/30/2022 | 05.04.38 | 3/30/2022 | 00.04.38 | | 12 LOCATION | 6119 | PHYS | WEST REGION | CENTRAL PLAINS | ILRKF |
| 1Z81RF202960046461 | 3/30/2022 | 11.41.37 | 3/30/2022 | 04.41.37 | | 12 LOCATION | 9839 | PHYS | WEST REGION | NORTHWEST | WAATT |
| 1Z81RF202960046461 | 3/30/2022 | 14.42.01 | 3/30/2022 | 07.42.01 | | 2 DESTINATION | 9859 | PHYS | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/30/2022 | 14.56.30 | 3/30/2022 | 07.56.30 | | 24 OUT FOR DELIVERY ON CAR | 9859 | PHYS | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/31/2022 | 03.46.41 | 3/30/2022 | 20.46.41 | KB | SIGNATURE OBTAINED | 9820 | DEL | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/31/2022 | 15.44.18 | 3/31/2022 | 17.44.18 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 7513 | ATT | EUROPE | FRANCE | FRCHN |
| 1Z81RF202960046461 | 3/31/2022 | 01.49.50 | 3/30/2022 | 18.49.50 | S7 | CUSTOMER REQUEST PACKAGE HELD FOR PICKUP | 9820 | ATT | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/31/2022 | 01.49.50 | 3/30/2022 | 18.49.50 | S7 | CUSTOMER REQUEST PACKAGE HELD FOR PICKUP | 9820 | XCP | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/31/2022 | 01.49.50 | 3/30/2022 | 18.49.50 | S7 | CUSTOMER REQUEST PACKAGE HELD FOR PICKUP | 9820 | XCP | WEST REGION | NORTHWEST | WAEVE |
| 1Z81RF202960046461 | 3/31/2022 | 15.44.18 | 3/31/2022 | 17.44.18 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 7513 | XCP | EUROPE | FRANCE | FRCHN |
| 1Z81RF202960046461 | 4/4/2022 | 15.04.14 | 4/4/2022 | 17.04.14 | LU | UPS FRAUD RISK INTERCEPT | 3428 | XCP | EUROPE | NETHERLANDS | NLUHT |
| 1Z81RF202960046461 | 4/4/2022 | 15.03.14 | 4/4/2022 | 17.03.14 | | 12 LOCATION | 3428 | PHYS | EUROPE | NETHERLANDS | NLUHT |
| 1Z81RF202960046461 | 4/20/2022 | 13.29.31 | 4/20/2022 | 15.29.31 | LU | UPS FRAUD RISK INTERCEPT | 3428 | XCP | EUROPE | NETHERLANDS | NLUHT |
| 1Z81RF202960046461 | 4/20/2022 | 13.28.31 | 4/20/2022 | 15.28.31 | | 12 LOCATION | 3428 | PHYS | EUROPE | NETHERLANDS | NLUHT |
| 1Z81RF264233659207 | 3/30/2022 | 22.49.40 | 3/30/2022 | 18.49.40 | | 12 LOCATION | 299 | PHYS | EAST REGION | NORTHEAST | RIPRO |
| 1Z81RF264233659207 | 3/30/2022 | 17.44.35 | 3/30/2022 | 10.44.35 | | 12 LOCATION | 063AM | PHYS | EAST REGION | NORTHEAST | CTNHV |
| 1Z81RF264233659207 | 3/31/2022 | 143400 | 3/31/2022 | 10.34.00 | | 10 ARRIVAL | 1329 | LOG | EAST REGION | NORTHEAST | NYSYR |
| 1Z81RF264233659207 | 3/31/2022 | 65200 | 3/31/2022 | 02.52.00 | | 9 DEPARTURE | 299 | LOG | EAST REGION | NORTHEAST | RIPRO |
| 1Z81RF264233659207 | 3/31/2022 | 19.45.58 | 3/31/2022 | 15.45.58 | | 2 DESTINATION | 1329 | PHYS | EAST REGION | NORTHEAST | NYSYR |
| 1Z81RF264233659207 | 4/1/2022 | 21.52.25 | 4/1/2022 | 17.52.25 | KB | SIGNATURE OBTAINED | 1300 | DEL | EAST REGION | NORTHEAST | NYSYR |
| 1Z81RF264233659207 | 4/1/2022 | 19.14.11 | 4/1/2022 | 21.14.11 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 4152 | ATT | EUROPE | ITALY | ITMOD |

| Tracking | Date/Time 1 | Date/Time 2 | | Description | Code | Region | Sub-region | Area | Code |
|---|---|---|---|---|---|---|---|---|---|
| 1Z81RF264233659207 | 4/1/2022 19.14.11 | 4/1/2022 21.14.11 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 4152 XCP | EUROPE | ITALY | | ITMOD |
| 1Z81RF264233659207 | 4/4/2022 15.06.02 | 4/4/2022 17.06.02 | LU | UPS FRAUD RISK INTERCEPT | 3428 XCP | EUROPE | NETHERLANDS | | NLUHT |
| 1Z81RF264233659207 | 4/4/2022 15.05.02 | 4/4/2022 17.05.02 | | 12 LOCATION | 3428 PHYS | EUROPE | NETHERLANDS | | NLUHT |
| 1Z933E6W2986595419 | 3/29/2022 20.09.20 | 3/29/2022 16.09.20 | | 12 LOCATION | 060AM PHYS | EAST REGION | NORTHEAST | | CTWNS |
| 1Z933E6W2986595419 | 3/29/2022 22.42.49 | 3/29/2022 18.42.49 | | 12 LOCATION | 609 PHYS | EAST REGION | NORTHEAST | | CTBIA |
| 1Z933E6W2986595419 | 3/30/2022 19.36.15 | 3/30/2022 12.36.15 | 6R | NOT IN 1ST TRY; UPS ACCESS POINT NXT DAY | 9820 ATT | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/30/2022 19.36.15 | 3/30/2022 12.36.15 | 6R | NOT IN 1ST TRY; UPS ACCESS POINT NXT DAY | 9820 XCP | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/30/2022 19.41.49 | 3/30/2022 12.41.49 | O1 | DELIVERY CHANGE REQUEST TO BE PROCESSED | 9820 XCP | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/30/2022 19.36.15 | 3/30/2022 12.36.15 | 6R | NOT IN 1ST TRY; UPS ACCESS POINT NXT DAY | 9820 XCP | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/30/2022  130000 | 3/30/2022 06.00.00 | | 9 DEPARTURE | 9839 LOG | WEST REGION | NORTHWEST | | WAATT |
| 1Z933E6W2986595419 | 3/30/2022 14.46.40 | 3/30/2022 07.46.40 | | 2 DESTINATION | 9859 PHYS | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/30/2022 11.37.07 | 3/30/2022 04.37.07 | | 12 LOCATION | 9839 PHYS | WEST REGION | NORTHWEST | | WAATT |
| 1Z933E6W2986595419 | 3/30/2022 05.08.20 | 3/30/2022 00.08.20 | | 12 LOCATION | 6119 PHYS | WEST REGION | CENTRAL PLAINS | | ILRKF |
| 1Z933E6W2986595419 | 3/30/2022 05.01.32 | 3/30/2022 00.01.32 | | 12 LOCATION | 6119 PHYS | WEST REGION | CENTRAL PLAINS | | ILRKF |
| 1Z933E6W2986595419 | 3/30/2022 15.06.42 | 3/30/2022 08.06.42 | | 24 OUT FOR DELIVERY ON CAR | 9859 PHYS | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/31/2022 01.49.50 | 3/30/2022 18.49.50 | S7 | CUSTOMER REQUEST PACKAGE HELD FOR PICKUP | 9820 ATT | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/31/2022 15.44.19 | 3/31/2022 17.44.19 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 7513 ATT | EUROPE | FRANCE | | FRCHN |
| 1Z933E6W2986595419 | 3/31/2022 03.46.41 | 3/30/2022 20.46.41 | KB | SIGNATURE OBTAINED | 9820 DEL | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/31/2022 01.49.50 | 3/30/2022 18.49.50 | S7 | CUSTOMER REQUEST PACKAGE HELD FOR PICKUP | 9820 XCP | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/31/2022 01.49.50 | 3/30/2022 18.49.50 | S7 | CUSTOMER REQUEST PACKAGE HELD FOR PICKUP | 9820 XCP | WEST REGION | NORTHWEST | | WAEVE |
| 1Z933E6W2986595419 | 3/31/2022 15.44.19 | 3/31/2022 17.44.19 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 7513 XCP | EUROPE | FRANCE | | FRCHN |
| 1Z933E6W2986595419 | 4/4/2022 15.03.45 | 4/4/2022 17.03.45 | LU | UPS FRAUD RISK INTERCEPT | 3428 XCP | EUROPE | NETHERLANDS | | NLUHT |
| 1Z933E6W2986595419 | 4/4/2022 15.02.45 | 4/4/2022 17.02.45 | | 12 LOCATION | 3428 PHYS | EUROPE | NETHERLANDS | | NLUHT |
| 1Z933E6W2986595419 | 4/20/2022 13.30.47 | 4/20/2022 15.30.47 | LU | UPS FRAUD RISK INTERCEPT | 3428 XCP | EUROPE | NETHERLANDS | | NLUHT |
| 1Z933E6W2986595419 | 4/20/2022 13.29.47 | 4/20/2022 15.29.47 | | 12 LOCATION | 3428 PHYS | EUROPE | NETHERLANDS | | NLUHT |
| 1ZE6418E4211011208 | 5/10/2022 17.40.20 | 5/10/2022 10.40.20 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 9048 ATT | WEST REGION | SOUTH CALIFORNIA | | CALMD |
| 1ZE6418E4211011208 | 5/10/2022 17.40.20 | 5/10/2022 10.40.20 | 8H | CLAIMANT REFUSED PACKAGE RELEASE CODE | 9048 XCP | WEST REGION | SOUTH CALIFORNIA | | CALMD |
| 1ZE6418E4211011208 | 5/10/2022  41600 | 5/9/2022 22.16.00 | | 9 DEPARTURE | 8459 LOG | WEST REGION | DESERT MOUNTAIN | | UTLKE |
| 1ZE6418E4211011208 | 5/10/2022  200100 | 5/10/2022 13.01.00 | | 10 ARRIVAL | 9169 LOG | WEST REGION | SOUTH CALIFORNIA | | CAONA |
| 1ZE6418E4211011208 | 5/10/2022  92400 | 5/10/2022 03.24.00 | | 9 DEPARTURE | 8443 LOG | WEST REGION | DESERT MOUNTAIN | | UTBEV |
| 1ZE6418E4211011208 | 5/10/2022  84900 | 5/10/2022 02.49.00 | | 10 ARRIVAL | 8443 LOG | WEST REGION | DESERT MOUNTAIN | | UTBEV |
| 1ZE6418E4211011208 | 5/10/2022 02.10.42 | 5/9/2022 20.10.42 | | 12 LOCATION | 8459 PHYS | WEST REGION | DESERT MOUNTAIN | | UTLKE |
| 1ZE6418E4211011208 | 5/10/2022 21.13.12 | 5/10/2022 14.13.12 | | 12 LOCATION | 9169 PHYS | WEST REGION | SOUTH CALIFORNIA | | CAONA |
| 1ZE6418E4211011208 | 5/10/2022 02.18.41 | 5/9/2022 20.18.41 | | 12 LOCATION | 8459 PHYS | WEST REGION | DESERT MOUNTAIN | | UTLKE |
| 1ZE6418E4211011208 | 5/11/2022 20.43.17 | 5/11/2022 13.43.17 | KB | SIGNATURE OBTAINED | 9341 DEL | WEST REGION | SOUTH CALIFORNIA | | CASAM |
| 1ZE6418E4211011208 | 5/11/2022  60100 | 5/10/2022 23.01.00 | | 10 ARRIVAL | 9300 LOG | WEST REGION | SOUTH CALIFORNIA | | CAVEN |
| 1ZE6418E4211011208 | 5/11/2022  62900 | 5/10/2022 23.29.00 | | 9 DEPARTURE | 9300 LOG | WEST REGION | SOUTH CALIFORNIA | | CAVEN |
| 1ZE6418E4211011208 | 5/11/2022  83100 | 5/11/2022 01.31.00 | | 10 ARRIVAL | 9341 LOG | WEST REGION | SOUTH CALIFORNIA | | CASAM |
| 1ZE6418E4211011208 | 5/11/2022  35200 | 5/10/2022 20.52.00 | | 9 DEPARTURE | 9169 LOG | WEST REGION | SOUTH CALIFORNIA | | CAONA |

| Tracking | Date 1 | Time 1 | Date 2 | Time 2 | Code | Description | Facility | Code2 | Region | Area | Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1ZE6418E4211011208 | 5/11/2022 12.37.17 | | 5/11/2022 05.37.17 | | | 2 DESTINATION | 9341 | PHYS | WEST REGION | SOUTH CALIFORNIA | CASAM |
| 1ZE6418E4211011208 | 5/17/2022 19.58.31 | | 5/17/2022 15.58.31 | UP | | INVESTIGATION REQUESTED | 9341 | XCP | WEST REGION | SOUTH CALIFORNIA | CASAM |
| 1ZE6418E4211011208 | 5/23/2022 15.09.12 | | 5/23/2022 11.09.12 | UP | | INVESTIGATION REQUESTED | 9341 | XCP | WEST REGION | SOUTH CALIFORNIA | CASAM |
| 1ZWX92594200553586 | 4/26/2022 22.21.00 | | 4/26/2022 18.21.00 | KB | | SIGNATURE OBTAINED | 3363 | DEL | EAST REGION | FLORIDA | FLBAY |
| 1ZWX92594200553586 | 4/26/2022 | 104000 | 4/26/2022 06.40.00 | | 10 ARRIVAL | 3363 | LOG | EAST REGION | FLORIDA | FLBAY |
| 1ZWX92594200553586 | 4/26/2022 | 83400 | 4/26/2022 04.34.00 | | 9 DEPARTURE | 3289 | LOG | EAST REGION | FLORIDA | FLORL |
| 1ZWX92594200553586 | 4/26/2022 | 22900 | 4/25/2022 22.29.00 | | 10 ARRIVAL | 3289 | LOG | EAST REGION | FLORIDA | FLORL |
| 1ZWX92594200553586 | 4/26/2022 | 4500 | 4/25/2022 20.45.00 | | 9 DEPARTURE | 335AM | LOG | EAST REGION | FLORIDA | FLRUS |
| 1ZWX92594200553586 | 4/26/2022 01.07.30 | | 4/25/2022 21.07.30 | | 12 LOCATION | 335AM | PHYS | EAST REGION | FLORIDA | FLRUS |
| 1ZWX92594200553586 | 4/26/2022 04.01.29 | | 4/26/2022 00.01.29 | | 12 LOCATION | 3289 | PHYS | EAST REGION | FLORIDA | FLORL |
| 1ZWX92594200553586 | 4/26/2022 03.30.08 | | 4/25/2022 23.30.08 | | 12 LOCATION | 3289 | PHYS | EAST REGION | FLORIDA | FLORL |
| 1ZWX92594200553586 | 4/26/2022 12.08.43 | | 4/26/2022 08.08.43 | | 2 DESTINATION | 3363 | PHYS | EAST REGION | FLORIDA | FLBAY |
| 1ZWX92594200553586 | 5/2/2022 22.15.04 | | 5/2/2022 18.15.04 | KQ | | RECEIVER REFUSED DAMAGED PACKAGE | 1156 | ATT | EAST REGION | NORTH ATLANTIC | NYNAS |
| 1ZWX92594200553586 | 5/2/2022 22.15.04 | | 5/2/2022 18.15.04 | KQ | | RECEIVER REFUSED DAMAGED PACKAGE | 1156 | XCP | EAST REGION | NORTH ATLANTIC | NYNAS |
| 1ZWX92594200553586 | 5/9/2022 14.00.00 | | 5/9/2022 10.00.00 | LU | | UPS FRAUD RISK INTERCEPT | 3428 | XCP | EUROPE | NETHERLANDS | NLUHT |
| 1ZY549V70362619217 | 3/5/2022 | 35400 | 3/4/2022 22.54.00 | | 10 ARRIVAL | 4009 | LOG | AIR | LOUISVILLE AIR | KYGRA |
| 1ZY549V70362619217 | 3/5/2022 | 35300 | 3/4/2022 22.53.00 | | 9 DEPARTURE | 4029 | LOG | EAST REGION | OHIO VALLEY | KYACD |
| 1ZY549V70362619217 | 3/5/2022 01.45.37 | | 3/4/2022 20.45.37 | | 12 LOCATION | 4029 | PHYS | EAST REGION | OHIO VALLEY | KYACD |
| 1ZY549V70362619217 | 3/5/2022 01.51.31 | | 3/4/2022 20.51.31 | | 12 LOCATION | 4029 | PHYS | EAST REGION | OHIO VALLEY | KYACD |
| 1ZY549V70362619217 | 3/6/2022 | 51300 | 3/5/2022 23.13.00 | | 10 ARRIVAL | 3719 | LOG | EAST REGION | MID SOUTH | TNWHI |
| 1ZY549V70362619217 | 3/6/2022 | 23400 | 3/5/2022 21.34.00 | | 9 DEPARTURE | 4009 | LOG | AIR | LOUISVILLE AIR | KYGRA |
| 1ZY549V70362619217 | 3/7/2022 | 193900 | 3/7/2022 14.39.00 | | 10 ARRIVAL | 3229 | LOG | EAST REGION | FLORIDA | FLJAC |
| 1ZY549V70362619217 | 3/7/2022 | 83000 | 3/7/2022 02.30.00 | | 9 DEPARTURE | 3719 | LOG | EAST REGION | MID SOUTH | TNWHI |
| 1ZY549V70362619217 | 3/7/2022 20.08.34 | | 3/7/2022 15.08.34 | | 12 LOCATION | 3229 | PHYS | EAST REGION | FLORIDA | FLJAC |
| 1ZY549V70362619217 | 3/7/2022 20.15.13 | | 3/7/2022 15.15.13 | | 12 LOCATION | 3229 | PHYS | EAST REGION | FLORIDA | FLJAC |
| 1ZY549V70362619217 | 3/8/2022 19.11.47 | | 3/8/2022 14.11.47 | KB | | SIGNATURE OBTAINED | 3340 | DEL | EAST REGION | FLORIDA | FLRIV |
| 1ZY549V70362619217 | 3/8/2022 | 2900 | 3/7/2022 19.29.00 | | 9 DEPARTURE | 3229 | LOG | EAST REGION | FLORIDA | FLJAC |
| 1ZY549V70362619217 | 3/8/2022 | 64000 | 3/8/2022 01.40.00 | | 10 ARRIVAL | 3340 | LOG | EAST REGION | FLORIDA | FLRIV |
| 1ZY549V70362619217 | 3/8/2022 | 35500 | 3/7/2022 22.55.00 | | 10 ARRIVAL | 3290 | LOG | EAST REGION | FLORIDA | FLCOC |
| 1ZY549V70362619217 | 3/8/2022 | 41300 | 3/7/2022 23.13.00 | | 9 DEPARTURE | 3290 | LOG | EAST REGION | FLORIDA | FLCOC |
| 1ZY549V70362619217 | 3/8/2022 11.22.30 | | 3/8/2022 06.22.30 | | 2 DESTINATION | 3340 | PHYS | EAST REGION | FLORIDA | FLRIV |
| 1ZY549V70362619217 | 3/8/2022 11.39.49 | | 3/8/2022 06.39.49 | | 24 OUT FOR DELIVERY ON CAR | 3340 | PHYS | EAST REGION | FLORIDA | FLRIV |
| 1ZY549V70362619217 | 3/9/2022 15.43.50 | | 3/9/2022 09.43.50 | | 45 THE PACKAGE WAS DAMAGED IN TRANSIT | 7780 | XCP | WEST REGION | RED RIVER | TXBAN |
| 1ZY549V70362619217 | 3/9/2022 15.43.50 | | 3/9/2022 09.43.50 | | 45 THE PACKAGE WAS DAMAGED IN TRANSIT | 7780 | XCP | WEST REGION | RED RIVER | TXBAN |
| 1ZY549V70362619217 | 3/13/2022 16.05.44 | | 3/13/2022 12.05.44 | KB | | SIGNATURE OBTAINED | 1120 | DEL | EAST REGION | NORTH ATLANTIC | NYMAS |
| 1ZY549V70362619217 | 3/14/2022 16.06.42 | | 3/14/2022 12.06.42 | KB | | SIGNATURE OBTAINED | 1610 | DEL | EAST REGION | MID ATLANTIC | PANCA |
| 1ZY549V70362619217 | 3/28/2022 17.33.48 | | 3/28/2022 13.33.48 | UP | | INVESTIGATION REQUESTED | 3340 | XCP | EAST REGION | FLORIDA | FLRIV |
| 1ZY549V70362619217 | 3/28/2022 17.31.15 | | 3/28/2022 13.31.15 | UP | | INVESTIGATION REQUESTED | 3340 | XCP | EAST REGION | FLORIDA | FLRIV |

# EXHIBIT 105

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE ®**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 21, 2023 |
|------|--------|---------|--------------|--------------------|-----------|--------------------------|----------------|

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 9310 8201 1140 9328 1918 90**

Tracking Expires On
May 14, 2023

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 917547415 | MONTEREY PARK | CA |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 84321 | LOGAN | UT |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| **Class/Service:** | Priority Mail Signature Confirmation |
| **Class of Mail Code/Description:** | PM / Priority Mail® |

#### Destination Address Information

| | |
|---|---|
| **Address:** | ▮▮▮▮▮▮▮▮ |
| **City:** | MONTEREY PARK |
| **State:** | CA |
| **5-Digit ZIP Code:** | 91754 |
| **4-Digit ZIP Code add on:** | 7415 |
| **Delivery Point Code:** | 31 |
| **Record Type Code:** | Building/Apartment |
| **Delivery Type:** | Residential, Central |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| **Address:** | PTOP |
| **City:** | |
| **State:** | |
| **5-Digit ZIP Code:** | 84321 |
| **4-Digit ZIP Code add on:** | |

#### Shipping Services File

| | |
|---|---|
| **Shipping Services File Number:** | 9375 0201 1145 0000 0423 9407 61 |
| **Date/Time Tendering Mail:** | 05/13/2022 15:50 |
| **Shipping Services File Type:** | 1 - Postage AND Tracking File |
| **Shipment Accepted:** | Yes |

#### Service Delivery Information

| | |
|---|---|
| **Service Performance Date:** | Expected Delivery by: Monday, 05/16/2022 |
| **Expected Delivery:** | on Monday, 05/16/2022 |
| **Expected Delivery:** | by 9:00pm |
| **Expected Delivery Displayed Externally?:** | Check service calculation information page |
| **Zone:** | 04 |
| **PO Box:** | N |
| **Other Information** | Service Calculation Information |

#### Payment

| | |
|---|---|
| **Weight:** | 18 lb(s) 0.00 oz(s) |
| **Rate Indicator:** | Single-Piece Rate |

**105-001**

Agent Information

Request Internal USPS Tracking Plus Statement

## Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| Signature Confirmation | $2.90 |
| Up to $100 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| TRACKING INQUIRY, CALL CENTER | VT | 05/31/2022 | 12:21 | | Customer Driven Activity | | | 05/31/2022 12:24:05 | Request Delivery Record |
| TRACKING INQUIRY, CALL CENTER | VT | 05/31/2022 | 12:21 | | Customer Driven Activity | | | 05/31/2022 12:24:07 | |
| PACKAGE RESEARCH CASE CLOSED | VX | 05/31/2022 | 10:54 | MONTEREY PARK, CA 91754 | Customer Driven Activity | | | 05/31/2022 11:28:19 | Case / Confirmation Number: 39128502 |
| PACKAGE RESEARCH CASE CLOSED | VX | 05/31/2022 | 10:52 | MONTEREY PARK, CA 91754 | Customer Driven Activity | | | 05/31/2022 11:28:19 | Case / Confirmation Number: 39128543 |
| PACKAGE RESEARCH CASE CREATED | VC | 05/27/2022 | 12:25 | MONTEREY PARK, CA 91754 | Customer Driven Activity | | | 05/27/2022 13:28:39 | Case / Confirmation Number: 39128543 |
| PACKAGE RESEARCH CASE CREATED | VC | 05/27/2022 | 12:24 | MONTEREY PARK, CA 91754 | Customer Driven Activity | | | 05/27/2022 13:28:39 | Case / Confirmation Number: 39128502 |
| TRACKING INQUIRY, CALL CENTER | VT | 05/27/2022 | 12:17 | | Customer Driven Activity | | | 05/27/2022 12:20:14 | |
| TRACKING INQUIRY, CALL CENTER | VT | 05/27/2022 | 12:17 | | Customer Driven Activity | | | 05/27/2022 12:20:14 | |
| TRACKING INQUIRY, CALL CENTER | VT | 05/27/2022 | 12:16 | | Customer Driven Activity | | | 05/27/2022 12:19:31 | |
| TRACKING INQUIRY, CALL CENTER | VT | 05/27/2022 | 12:16 | | Customer Driven Activity | | | 05/27/2022 12:19:31 | |
| TRACKING INQUIRY, IVR | VT | 05/27/2022 | 12:06 | | Customer Driven Activity | | | 05/27/2022 12:09:10 | |
| TRACKING INQUIRY, IVR | VT | 05/27/2022 | 12:03 | | Customer Driven Activity | | | 05/27/2022 12:06:20 | |
| DELIVERED, TO ORIGINAL SENDER | 01 | 05/16/2022 | 14:53 | MONTEREY PARK, CA 91755 | Scanned | MDD TR D008A10730 (interface type - wireless) | Scanned by route 1755C099 | 05/16/2022 16:57:22 | Facility Finance Number: 055112 Recipient Name: K TAN Request Delivery Record View Delivery Signature and Address GEO Location Data Available |
| DELIVERED, INDIVIDUAL PICKED UP AT POST OFFICE | 01 | 05/16/2022 | 14:53 | MONTEREY PARK, CA 91754 | Manually Entered | MIO 15035D8433 (non-wireless) | Scanned by route 22222222 | 05/28/2022 14:45:05 | Facility Finance Number: 055112 Recipient Name: K TAM Request Delivery Record View Delivery Signature and Address |
| TRACKING INQUIRY, CALL CENTER | VT | 05/16/2022 | 12:35 | | Customer Driven Activity | | | 05/16/2022 12:38:21 | |
| TRACKING INQUIRY, CALL CENTER | VT | 05/16/2022 | 12:35 | | Customer Driven Activity | | | 05/16/2022 12:38:24 | |
| TRACKING INQUIRY, CALL CENTER | VT | 05/16/2022 | 12:29 | | Customer Driven Activity | | | 05/16/2022 12:32:05 | |

105-002

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| TRACKING INQUIRY, CALL CENTER | VT | 05/16/2022 | 12:29 | | Customer Driven Activity | | | 05/16/2022 12:32:04 | |
| TRACKING INQUIRY, IVR | VT | 05/16/2022 | 12:01 | | Customer Driven Activity | | | 05/16/2022 12:04:24 | |
| RETURN TO SENDER | 28 | 05/16/2022 | 07:48 | NEW YORK, NY 10001 | Keyed | MDD TR C161A08530 (interface type - wireless) | Scanned by route 0001C007 | 05/16/2022 06:52:06 | GEO Location Data Available |
| ARRIVAL AT UNIT | 07 | 05/16/2022 | 05:42 | MONTEREY PARK, CA 91754 | Scanned | PASS-001 | Destined to route C004 | 05/16/2022 07:56:29 | PC / OF Reason Code OFD Same Day |
| ARRIVAL AT UNIT | 07 | 05/16/2022 | 05:39 | MONTEREY PARK, CA 917549998 | Scanned | MIO 15035D8433 (interface type - wireless) | Scanned by route 91754CAG | 05/16/2022 08:13:15 | PC / OF Reason Code OFD Same Day |
| ARRIVE USPS FACILITY | U1 | 05/16/2022 | 03:13 | MONTEREY PARK, CA 91754 | Container Generated | MIO 15035D8433 | | 05/16/2022 05:43:24 | Container ID: 99P917542FD0005CF-11350210587 Container Type: BMC/OTR |
| ARRIVE USPS FACILITY | U1 | 05/16/2022 | 02:47 | MONTEREY PARK, CA 91754 | Container Generated | S019229391 | | 05/16/2022 05:28:18 | Container ID: 99P917542FD0005CF-11350210587 Container Type: BMC/OTR GEO Location Data Available |
| ARRIVE USPS FACILITY | A1 | 05/16/2022 | 02:39 | MONTEREY PARK, CA 91754 | Container Generated | S019229391 | | 05/16/2022 05:28:18 | Container ID: 99P917542FD0005CF-11350210587 Container Type: BMC/OTR GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 05/16/2022 | 02:19 | CITY OF INDUSTRY, CA 91715 | Container Generated | S019229391 | | 05/16/2022 04:56:10 | Container ID: 99P917542FD0005CF-11350210587 Container Type: BMC/OTR GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 05/16/2022 | 01:47 | CITY OF INDUSTRY, CA 91715 | Container Generated | S019229391 | | 05/16/2022 04:29:26 | Container ID: 99P917542FD0005CF-11350210587 Container Type: BMC/OTR GEO Location Data Available |
| CONTAINER CLOSE | C1 | 05/15/2022 | 04:28 | CITY OF INDUSTRY, CA 91715 | Container Generated | S018604053 | | 05/15/2022 07:10:16 | Container ID: 99P917542FD0005CF-11350210587 Container Type: BMC/OTR |
| ENROUTE/PROCESSED | 10 | 05/15/2022 | 00:33 | CITY OF INDUSTRY, CA 91715 | Scanned | USS-001 | | 05/15/2022 02:42:09 | |
| RETURN TO SENDER | 28 | 05/14/2022 | 14:53 | NEW YORK, NY 10001 | Keyed | MDD TR C161A08530 (interface type - wireless) | Scanned by route 0001C007 | 05/14/2022 13:56:09 | GEO Location Data Available |
| FORWARD EXPIRED | 24 | 05/14/2022 | 14:52 | NEW YORK, NY 10001 | Keyed | MDD TR C161A08530 (interface type - wireless) | Scanned by route 0001C007 | 05/14/2022 13:56:13 | GEO Location Data Available |
| SHIPMENT ACCEPTANCE | TM | 05/13/2022 | 15:22 | LOGAN, UT 84321 | System Generated | | Scanned by route 4321C099 | 05/13/2022 20:04:08 | |
| PRE-SHIPMENT INFO SENT TO USPS | MA | 05/13/2022 | 14:15 | LOGAN, UT 84321 | Manifest Generated | | Destined to route C004 | 05/13/2022 14:15:13 | Length: 16 inch(es) Width: 12 inch(es) Height: 6 inch(es) Weight: 18 lb(s) 0.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search ⌄   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 23.2.2.0.35

105-003

# EXHIBIT 106

# Simple Refunds Order Form

Please submit the information in full and we'll get back to you within 24 hours. Thanks

Sign in to Google to save your progress. Learn more

* Required

**Telegram Username** *

Your answer

**Is this an In-Transit Order?** *

○ Yes (UPS AMZ-IN-TRANSIT)

○ Yes (TBA AMZ-IN-TRANSIT)

○ No

**Store Name** *

Your answer

**Email(Login)** *

Your answer

**Password (If Guest Order write Guest)** *

Your answer

**Order number** *

Your answer

**Order Total ($)** *

Your answer

**Billing Name** *

Your answer

**Billing Address** *

Your answer

**Shipping Name** *

Your answer

**Shipping Address** *

Your answer

**Phone #** *

Your answer

**Delivered?** *

○ Yes

○ No

**Delivery Date** *

MM    DD    YYYY

___ / ___ / ____

**Tracking #(s)** *

Your answer

**Order notes (Anything we need to know)**

Your answer

Submit                    Page 1 of 1        Clear form

Never submit passwords through Google Forms.

This content is neither created nor endorsed by Google. Report Abuse - Terms of Service - Privacy Policy

Google Forms

# EXHIBIT 107

****All information contained alongside this file within the ZIP container is Google Confidential and Proprietary****

Export Summary

Originating Identifier: 1m-aUpnK9ZMBYuA9Is2uEdLIhvK33878N7SGtKvnotH8 [Drive (DSS) ID]

Resolved Identifier: 443196496459 [Google Account ID]

Resolution Path: 1m-aUpnK9ZMBYuA9Is2uEdLIhvK33878N7SGtKvnotH8 [Drive (DSS) ID] -> 443196496459 [Google Account ID]

Email Address Associated with Google Account ID: sxjed11@gmail.com

Service: Drive

Resource: Drive Files

Start of date range: Not Specified.

End of date range: 2022-07-19 06:59:00 UTC

-------------------------------------------------------------------------------------------------

USAO-00075931

# EXHIBIT 108

**[Native exhibit filed under seal, provided to Court / counsel, and kept on file in U.S. Attorney's Office]**

# EXHIBIT 109



**Simple Refunds**
974 subscribers

NOR for HDS In-Transit either. Insider just not reliable enough. Wont fulfill any orders we haven't worked on yet. Everything else is good DM @SimpleRefundsSupport if any questions. New stores being added soon.

1.2K 👁 Simple Refunds Support, edited  21:26

July 18



**Simple Refunds**

We're introducing a store list!. Anything on this list is hitting and is hot af. The list is updated daily.

List: https://docs.google.com/spreadsheets/d/15JQZLtdLTT-Dkek3__Ou9PHMiuCLrwgWnU77MlrOz14/edit#gid=0

Once your order is delivered fill the form: https://forms.gle/7N3Yvuk8JXE3Kre66



Google Docs
**Simple Refunds Store List**
Simple Refunds Store List

Staff
<a href="https://t.me/SimplerefundsSupport">SimpleRefundsSupport</a>
Telegram Landing Page
<a href="https://t.me/SimpleRefund">Click Here</a>
Group Chat
<a href="https://t.me/+F1h34-d4NjMyN2Ux">Click Here</a>
Payment
Bitcoin…

567 👁 Ressu - Check BIO, 14:15

🔍 Search



**Simple Refunds**
@SimpleRefund

| **974** | **188** | **5** | **26** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

 **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform



**SIMPLE REFUNDS**

| Staff |
|---|
| SimpleRefundsSupport |

| Telegram Landing Page |
|---|
| Click Here |

| Group Chat |
|---|
| Click Here |

| Payment |
|---|
| Bitcoin, Litecoin, Ethereum, and Cash App. |
| (2% Fee for Cash App.) |
| - Pay upon refund confirmation. |
| - 20% fee of Order Total. |
| - Minimum fee of $75. |

| - Payment is required within 24 hours of confirmation. A 5% late fee WILL APPLY. |
|---|
| - After 3 days your order will be rebilled. Order Form can be found in our Telegram. |
| - Please fill out ALL of the information in FULL or we will NOT work on your order. |

| ELECTRONICS | | | | |
|---|---|---|---|---|
| Store | $ Limit | Item Limit | Time | Notes |

Simple Refunds Store List

Datei  Bearbeiten  Ansicht  Einfügen  Format  Daten  Tools  Erweiterungen  Hilfe

| | |
|---|---|
| - Payment is required within 24 hours of confirmation. A 5% late fee WILL APPLY. | |
| - After 3 days your order will be rebilled.Order Form can be found in our Telegram. | |
| - Please fill out ALL of the information in FULL or we will NOT work on your order. | |

| ELECTRONICS | | | | |
|---|---|---|---|---|
| **Store** | **$ Limit** | **Item Limit** | **Time** | **Notes** |
| target.com | No Limit | No Limit | 2-5 days | Third Party OK Only returnable to target.com Multiple per Account |
| target.com/c/grocery | $750.00 | No Limit | 1-2 days | Must be returnable to target.com Max $49.99 per item |
| costco.com | $10,000.00 | 3 | 3-5 days | Apple items OKAY No Freight |
| bose.com | $5,000.00 | 5 | 3-5 days | |
| microsoft.com/en-us | $2,000.00 | 2 | 3-5 days | ONCE PER ADDRESS |
| amazon.com | $15,000.00 | 5 | 3-4 weeks | Aged account Items must be Returnable Sold & Shipped by Amazon |
| amazon.com | $5,000.00 | 5 | 3-4 weeks | New account Items must be Returnable Sold & Shipped by Amazon |
| dell.com | $3,000.00 | 1 | 2-3 weeks | |
| ring.com | $5,000.00 | No Limit | 3-5 days | |
| fellowproducts.com | $3,000.00 | 20 | 2-5 days | |
| m.sharkclean.com | $5,000.00 | 10 | 2-5 days | |
| meta.com | $500.00 | 2 | 2-5 days | Once per address |
| hsn.com | $2,000.00 | 5 | 2-5 days | HAS IPHONES |

| Wayfair | | | | |
|---|---|---|---|---|
| **Store** | **$ Limit** | **Item Limit** | **Time** | **Notes** |
| | | | | ONCE PER ACCOUNT |

Simple Refunds Store List

109-003



# Simple Refunds Store List ☁

Datei   Bearbeiten   Ansicht   Einfügen   Format   Daten   Tools   Erweiterungen   Hilfe

👁 Nur Lesezugriff ▾

A1

| | Store | $ Limit | Item Limit | Time | Notes |
|---|---|---|---|---|---|
| 52 | meta.com | $500.00 | 2 | 2-5 days | Once per address |
| 53 | hsn.com | $2,000.00 | 5 | 2-5 days | HAS IPHONES |
| 55 | **Wayfair** | | | | |
| 56 | **Store** | **$ Limit** | **Item Limit** | **Time** | **Notes** |
| 57 | wayfair.com | $10,000.00 | No Limit | 1-5 days | ONCE PER ACCOUNT! $200 min. fee Appliances Freight items OK Chance of rebill \| No Dyson |
| 59 | **HomeDepot** | | | | |
| 60 | **Store** | **$ Limit** | **Item Limit** | **Time** | **Notes** |
| 61 | homedepot.com | $10,000.00 | No Limit | 1-5 days | Delivery to home ONLY Max 120lbs/item +$10 per label NO Batteries, Dyson, Paint, Google Nests, Thermostats, Hilti |
| 63 | **PayPal** | | | | |
| 64 | **Store** | **$ Limit** | **Item Limit** | **Time** | **Notes** |
| 65 | Any | $20,000.00 | No Limit | 2-3 weeks | 20% rate or min. fee of $300 NO claims in the last 6 months |

109-004

# Simple Refunds Store List

Datei  Bearbeiten  Ansicht  Einfügen  Format  Daten  Tools  Erweiterungen  Hilfe

| | Automotive | | | |
|---|---|---|---|---|
| **Store** | **$ Limit** | **Item Limit** | **Time** | **Notes** |
| rockauto.com | $2,000.00 | 10 | 2-3 weeks | Multiple/acct \| Make Account Must Say 'Easy Returns No Freight \| No Wheels |
| carid.com | $10,000.00 | 10 | 1-2 weeks | |
| boatid.com | $10,000.00 | 10 | 1-2 weeks | |
| motorcycleid.com | $10,000.00 | 10 | 1-2 weeks | |
| powersportsid.com | $10,000.00 | 10 | 1-2 weeks | |
| camperid.com | $10,000.00 | 10 | 1-2 weeks | |
| truckid.com | $10,000.00 | 10 | 1-2 weeks | |

| | Miscellaneous | | | |
|---|---|---|---|---|
| **Store** | **$ Limit** | **Item Limit** | **Time** | **Notes** |
| cabelas.com | No Limit | No Limit | 2-5 days | Multiple orders on same acct No Freight |
| evo.com | $1,000.00 | No limit | 1-5 days | |
| hermanmiller.com | No limit | 1 | 2 weeks | |
| sunglasshut.com | $1,000.00 | 2 | 2-3 weeks | |
| glassesusa.com | $3,000.00 | 5 | 1-3 days | |
| maccosmetics.com | $500.00 | 10 | 1-3 days | |
| allbeauty.com | $1,000.00 | 10 | 1-3 days | |

Simple Refunds Store List

Datei   Bearbeiten   Ansicht   Einfügen   Format   Daten   Tools   Erweiterungen   Hilfe

### Miscellaneous

| Store | $ Limit | Item Limit | Time | Notes |
|---|---|---|---|---|
| cabelas.com | No Limit | No Limit | 2-5 days | Multiple orders on same acct No Freight |
| evo.com | $1,000.00 | No limit | 1-5 days | |
| hermanmiller.com | No limit | 1 | 2 weeks | |
| sunglasshut.com | $1,000.00 | 2 | 2-3 weeks | |
| glassesusa.com | $3,000.00 | 5 | 1-3 days | |
| maccosmetics.com | $500.00 | 10 | 1-3 days | |
| allbeauty.com | $1,000.00 | 10 | 1-3 days | |
| bedbathandbeyond.com | $500.00 | 10 | 1-3 days | HARD 500 LIMIT |
| buybuybaby.com | $500.00 | 10 | 1-3 days | HARD 500 LIMIT |
| harmonfacevalues.com | $500.00 | No Limit | 1-3 days | HARD 500 LIMIT |
| kmart.com | $1,000.00 | 1 | 1-3 days | Sold by Kmart only. |
| lovehoney.com | $500.00 | 10 | 1-3 days | |
| babylist.com | $3,000.00 | 20 | INSTANT | |
| parachutehome.com | $2,500.00 | 50 | INSTANT | |
| sheex.com | $3,000.00 | 20 | INSTANT | |
| chewy.com | No Limit | No Limit | INSTANT | Multiple Shipments OK |

Simple Refunds Store List

109-006



| Store | $ Limit | Item Limit | Time | Notes |
|---|---|---|---|---|
| sheex.com | $3,000.00 | 20 | INSTANT | |
| chewy.com | No Limit | No Limit | INSTANT | Multiple Shipments OK |
| bathandbodyworks.com | $600.00 | No Limit | 1-3 days | |
| williams-sonoma.com | $2,000.00 | 5 | 1-2 weeks | DON'T USE PAYPAL  IT WILL BE A GIFT CARD REFUND. |
| esteelauder.com | $1,500.00 | 5 | 3-5 days | |
| toolsid.com | $10,000.00 | 10 | 1-2 weeks | Multiplelacc "Easy Returns" No Freight | No Wheels Make Account |
| recreationid.com | $10,000.00 | 10 | 1-2 weeks | Multiplelacc "Easy Returns" No Freight | No Wheels Make Account |
| petco.com | $500.00 | No Limit | 3-5 days | |
| golfgalaxy.com | $750.00 | 3 | 2-5 days | |
| gorillamind.com | $500.00 | 5 | 2-5 days | |

| Clothing & Shoes | | | | |
|---|---|---|---|---|
| Store | $ Limit | Item Limit | Time | Notes |
| saksfifthavenue.com | $2,000.00 | 2 | 10-14 days | Must get 2 items, Only 1 will be refunded 1 shipment |
| neimanmarcus.com | $4,000.00 | 3 | 2-3 weeks | |
| neimanmarcus.com | $2,000.00 | 1 | 2-5 days | FAKE SIGN MANDATORY Linked to bergdorfgoodman Once per addy |
| adidas.com | No Limit | No Limit | 3-4 weeks | |
| cutsclothing.com | $1,500.00 | No Limit | 3-5 days | Multiple orders per account |
| puma.com | $20,000.00 | 30 | 2-5 days | |



Simple Refunds Store List

Datei   Bearbeiten   Ansicht   Einfügen   Format   Daten   Tools   Erweiterungen   Hilfe

| Store | $ Limit | Item Limit | Time | Notes |
|-------|---------|-----------|------|-------|
| golfgalaxy.com | $750.00 | 3 | 2-5 days | |
| gorillamind.com | $500.00 | 5 | 2-5 days | |
| | | | | |
| **Clothing & Shoes** | | | | |
| Store | $ Limit | Item Limit | Time | Notes |
| saksfifthavenue.com | $2,000.00 | 2 | 10-14 days | Must get 2 items, Only 1 will be refunded 1 shipment |
| neimanmarcus.com | $4,000.00 | 3 | 2-3 weeks | |
| neimanmarcus.com | $2,000.00 | 1 | 2-5 days | FAKE SIGN MANDATORY Linked to bergdorfgoodman Once per addy |
| adidas.com | No Limit | No Limit | 3-4 weeks | |
| cutsclothing.com | $1,500.00 | No Limit | 3-5 days | Mutiple orders per account |
| puma.com | $20,000.00 | 30 | 2-5 days | |
| dickssportinggoods.com | $900.00 | 10 | 1-3 days | No Freight Items |
| victoriassecret.com | $3,000.00 | No Limit | 1-3 days | |
| tommyhilfiger.com | $2,000.00 | 10 | 1-3 days | |
| bloomingdales.com | $5,000.00 | 10 | 2-3 weeks | |
| nike.com | $450.00 | 2 | 1-3 days | |
| levis.com | $450.00 | 10 | 1-3 days | |
| macys.com | $5,000.00 | 10 | 2-3 weeks | |
| Khols.com | $1,000.00 | 15 | 1-3 days | |

Simple Refunds Store List



Simple Refunds Store List

Datei  Bearbeiten  Ansicht  Einfügen  Format  Daten  Tools  Erweiterungen  Hilfe

| | C | D | E | F | G |
|---|---|---|---|---|---|
| 118 | macys.com | $5,000.00 | 10 | 2-3 weeks | |
| 119 | Khols.com | $1,000.00 | 15 | 1-3 days | |
| 120 | gucci.com | $5,000.00 | 2 | 2-3 weeks | |
| 121 | superdry.com | $1,000.00 | 20 | 1-2 weeks | |
| 122 | urbanoutfitters.com | $5,000.00 | No Limit | 3-5 days | No Urban Market \| No electronics |
| 123 | shop.lululemon.com | $5,000.00 | No Limit | 4-5 weeks | |
| 124 | timberland.com | $500.00 | 1 | 1-3 days | |
| 125 | ae.com | $25,000.00 | 20 | 1-3 days | |
| 126 | asos.com | $500.00 | 10 | 2-3 weeks | |
| 127 | underarmor.com | $2,000.00 | 10 | 2-3 weeks | |
| 128 | hm.com | $1,000.00 | 10 | 1-3 days | |
| 129 | hugoboss.com | $1,000.00 | 10 | 1-2 weeks | |
| 130 | calvinklein.com | $1,000.00 | 10 | 1-3 days | |
| 131 | bananarepublic.com | $1,000.00 | 10 | 1-3 days | |
| 132 | clubmonaco.com | $1,000.00 | 10 | 1-3 days | |
| 133 | athleta.com | $1,000.00 | 10 | 1-3 days | |
| 134 | fanatics.com | $1,000.00 | 10 | 1-3 days | Multiple orders per account |
| 135 | fansedge.com | $1,000.00 | 5 | 1-3 days | |

Simple Refunds Store List

109-009



Simple Refunds Store List

Datei  Bearbeiten  Ansicht  Einfügen  Format  Daten  Tools  Erweiterungen  Hilfe

| | C | D | E | F | G |
|---|---|---|---|---|---|
| 134 | fanatics.com | $1,000.00 | 10 | 1-3 days | Mutiple orders per account |
| 135 | fansedge.com | $1,000.00 | 5 | 1-3 days | |
| 136 | ugg.com | $1,000.00 | No Limit | 2-5 days | |
| 137 | ralphlauren.com | $2,000.00 | 20 | 1-3 days | |
| 138 | zappos.com | $500.00 | No Limit | 1-3 days | |
| 139 | crocs.com | $1,500.00 | 10 | 1-3 days | |
| 140 | freepeople.com | $2,000.00 | 15 | INSTANT | Mutiple orders per account |
| 141 | hoka.com | $1,000.00 | No Limit | 2-5 days | |
| 142 | goclove.com | $3,000.00 | 20 | INSTANT | |
| 143 | store.nba.com | $3,000.00 | 20 | INSTANT | Mutiple orders per account |
| 144 | shop.mlb.com | $3,000.00 | 20 | INSTANT | Mutiple orders per account |
| 145 | shop.nhl.com | $3,000.00 | 20 | INSTANT | Mutiple orders per account |
| 146 | olukai.com | $3,000.00 | 20 | INSTANT | |
| 147 | wearebala.com | $3,000.00 | 20 | INSTANT | Mutiple orders per account |
| 148 | bearpaw.com | $3,000.00 | 20 | INSTANT | |
| 149 | wooden-ships.com | $3,000.00 | 20 | INSTANT | |
| 150 | tevaonline.com | No Limit | 20 | INSTANT | |
| 151 | sanuk.com | No Limit | 10 | INSTANT | |

Simple Refunds Store List

109-010



## Simple Refunds Store List

Datei  Bearbeiten  Ansicht  Einfügen  Format  Daten  Tools  Erweiterungen  Hilfe

| | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| 150 | tevaonline.com | No Limit | 20 | INSTANT | | | |
| 151 | sanuk.com | No Limit | 10 | INSTANT | | | |
| 152 | bergdorfgoodman.com | $2,500.00 | 1 | 3-5 days | FAKE SIGN IS MANDATORY. Linked to Neiman Marcus. Once per addy | | |
| 153 | us.shein.com | $1,000.00 | 10 | 3-5 days | | | |
| 154 | aldoshoes.com/us | $2,000.00 | 10 | 2-3 weeks | | | |
| 155 | huckberry.com | $2,000.00 | No Limit | 3-5 days | | | |
| 156 | oldnavy.gap.com | $1,500.00 | No Limit | 1-3 days | | | |
| 157 | gap.com | $1,500.00 | No Limit | 1-3 days | | | |
| 158 | cosstores.com | $1,000.00 | No Limit | 3-5 days | | | |
| 159 | anthropologie.com | $3,000.00 | No Limit | 3 days | | | |
| 160 | newbalance.com | $2,000.00 | No Limit | 1-2 weeks | | | |
| 161 | boohoo.com | $1,500.00 | 10 | 5-10 days | | | |
| 162 | oshkosh.com | $1,000.00 | 10 | 2 weeks | | | |
| 163 | wearfigs.com | No Limit | 15 | INSTANT | | | |
| 164 | cutsclothing.com | $1,500.00 | No Limit | 3-5 days | | | |
| 165 | | | | | | | |
| 166 | F.A.Q | | | | | | |
| 167 | What does ON HOLD mean? | | Not currently offering that store. | | | | |
| 168 | Is it ok to sign for my package? | | Always fake sign. | | | | |

🔒 Simple Refunds Store List

**Simple Refunds Store List**

Datei  Bearbeiten  Ansicht  Einfügen  Format  Daten  Tools  Erweiterungen  Hilfe

| | C | D | E | F | G |
|---|---|---|---|---|---|
| 155 | huckberry.com | $2,000.00 | No Limit | 3-5 days | |
| 156 | oldnavy.gap.com | $1,500.00 | No Limit | 1-3 days | |
| 157 | gap.com | $1,500.00 | No Limit | 1-3 days | |
| 158 | cosstores.com | $1,000.00 | No Limit | 3-5 days | |
| 159 | anthropologie.com | $3,000.00 | No Limit | 3 days | |
| 160 | newbalance.com | $2,000.00 | No Limit | 1-2 weeks | |
| 161 | boohoo.com | $1,500.00 | 10 | 5-10 days | |
| 162 | oshkosh.com | $1,000.00 | 10 | 2 weeks | |
| 163 | wearfigs.com | No Limit | 15 | INSTANT | |
| 164 | cutsclothing.com | $1,500.00 | No Limit | 3-5 days | |
| 165 | | | | | |

| F.A.Q | |
|---|---|
| What does ON HOLD mean? | *Not currently offering that store.* |
| Is it ok to sign for my package? | *Always fake sign.* |
| How long does refunding take? | *Instant refund to a month.* |
| How often can I do this? | *Many, many times depending on the store.* |
| What is Reship and can I use it? | *Ship items anywhere, DM us.* |
| Can I get in trouble for this? | *No* |

1000 weitere Zeilen unten  hinzufügen

Simple Refunds Store List

109-012

# EXHIBIT 110



**Simple Refunds**
1.06K subscribers

📦💻 $13K in Amazon Instant MacBooks Done today✅ what are you waiting for? Place those orders tonight 🤑    1.5K 👁 Sxjed, 17:25

March 10



**Simple Refunds**

Online and starting on orders 🙏    938 👁 Sxjed, 01:09

March 11



**Simple Refunds**

UPDATE: Dms Answered, All orders have been started on and received an update , If you haven't received an update on your order please bump    915 👁 Sxjed, 14:01



**Simple Refunds**

🚩 March 16th-21st I will be out the office and out the country, I will answer DMs when I can but my workers will be doing orders, expect delays between those days, thank you 🙏    1.5K 👁 Sxjed, 15:20



**Simple Refunds**

Who ever has a pending Amazon order, please stay up tonight , or remove 2fa so we can login with ease

911 👁 Sxjed (at the gym), 23:10

March 12



**Simple Refunds**

Sorry for not responding to Dms working on a lot of orders right now and got a shit ton of vouches soon to be posted

899 👁 Sxjed, 00:51



**Simple Refunds**
Forwarded from **SimpleRefund | Vouches**

---



**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre6
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

110-001

orders before I pack up tonight.

If you have any questions or concerns let me know tonight because tomorrow ima be packing and getting my things ready

932 👁 Sxjed, 22:06

**March 15**



**Simple Refunds**

All orders submitted yesterday have been started I will be making a announcement on how to reach me and regarding your orders while I'm away in a little

935 👁 Sxjed, 04:13



**Simple Refunds**

🚨 FINAL MESSAGE BEFORE MY TRIP 🚨
- If you want updates on your order please message my worker
@KOJxx
(HE IS THE ONLY ONE THAT HAS ACCESS TO THE GOOGLE FORM)

-This is the quickest way to get a update on your pending order and how to reach me when I'm out of town

-For all pending amazon instant orders I have messaged all my clients with a pending order on who to message for an update

😵 IF YOUR ORDER IS DONE YOU DO NOT SEND PAYMENTS TO MY WORKERS , THEY WILL NOTIFY ME AND I WILL MESSAGE YOU AND COLLECT!

Thank you for your time and patience.
I will be gone March 16th - 21st🙏

1.7K 👁 Sxjed, edited 04:32

**March 21**



**Simple Refunds**

Hello everyone, thanks for your patience, my flight will be arriving



**Simple Refunds**
@Simplerefund

| 1.06K | 202 | 5 | 42 |
|-------|-----|---|-----|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

🏆 And The Winner of this weeks $500 giveaway is.....

1.2K 👁 Sxjed, 19:10

**Simple Refunds**

For everyone asking update for their orders , my workers are working on them as we speak , we had a little delay this weekend due to all the Amazon orders, so it kinda delayed other orders, but REST ASSURED THEY WILL BE ALL DONE THIS WEEK

913 👁 Sxjed, 19:50

April 25

**Simple Refunds**

Good morning everyone, let's have a productive day today 🙏

885 👁 Sxjed, 14:44

**Simple Refunds**

🎉$500 BTC GIVEAWAY🎉
(3rd One so far)

To be eligible read below 👇

- Must Submit An Amazon order (UPS Shipped) from 4/24-4/30
- Must send tracking numbers right when items ship and fill form
- Price limit: No Price Limit
- Item limit: No Item Limit
- Back to back refunds on one account has been tested and is fine 👍

- Refund timeframe: In-transit, Instantaneous

- If you don't know if your item will ship ups and plan on getting Apple products, DM me I can help and determine

🏅 Winner will be chosen Sunday May 1st

1.3K 👁 Sxjed, 18:06

April 27

**Simple Refunds**

Will be answering DMs later , been working on Amazon orders all day , my worker is working on other orders, been some delays with other orders, rest assured all will be taken care of 👍



**Simple Refunds**
@Simplerefund

**1.06K**          **202**       **5**        **42**
Subscribers    Photos    Videos    Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre6
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ DOWNLOAD TELEGRAM

About    Blog    Apps    Platform

110-003

**Simple Refunds**
1.06K subscribers

Back to back like I'm Jordan '96, '97, whoa 🗿    924 👁 Sxjed, 19:02

**Simple Refunds**



Daily Mail

**Amazon sees $3.8 BILLION quarterly loss and slashes its forecast**

Amazon forecast current-quarter sales below Wall Street estimates on Thursday, as a return to normal from the pandemic reduces demand for...

5 hours ago

The Independent

**Amazon suffers shocking $3.8bn quarterly loss**

Amazon suffered a $3.8bn loss in the first quarter of 2022, the retailing giant has revealed. The unusually poor showing comes after...

2 hours ago

😂😂 Poor Jeff, Keep the MacBooks comin😡    1.1K 👁 Sxjed, 21:47

April 30

**Simple Refunds**

Good morning , got some errands to run, teaching new worker today, catching up on a lot orders, expect some delays in answering DMs    948 👁 Sxjed, 16:33

**Simple Refunds**



🚨 EBAY REFUNDS (DELL)
(LIMITED TIME OFFER)
- SELLER MUST BE "DELL"
- Price limit: $15,000

---

**Simple Refunds**
@Simplerefund

**1.06K**
Subscribers

**202**
Photos

**5**
Videos

**42**
Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle /7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me /simplerefundsvouches

✈ DOWNLOAD TELEGRAM

About    Blog    Apps    Platform



**Simple Refunds**
1.06K sub...

$24K AMAZON IN TRANSIT REFUND 🔴 (15 iMacs) tell your refunder to smd respectfully 🙄 systoned wya fam?

1.1K 👁 Sxjed, 16:46



**Simple Refunds**

At the gym, be online later with a few announcements and answer DMs 🙏

979 👁 Sxjed, 20:09

**May 13**

**Simple Refunds**

Quick announcement/update:
- Y'all are going crazy off Amazon right now, glad your seizing the opportunity
- Orders other then Amazon , expect a short delay and have patience please, me and workers are doing are best
- Mentorship dropping next week, decided to 15 slots only, if your a old client you will have first dibs then any new comers
- Heard that items that are $2k or more ship ups on Amazon , since MacBooks are out of stock and soon 3rd party sellers will be out of stock cuz of me
- deciding I'm never posting wayfair vouches again Due to a snitch in the vouches page reporting to wayfair
- New apple bypass working amazing not giving to anyone publicly, will be offered in mentorship only
- lastly please join the vouches page if you haven't already , about to flood it rn with in transit refunds

https://t.me/simplerefundsvouches

1.4K 👁 Sxjed, edited 02:16



**Simple Refunds**

Be online later to check dms, and good announcement later , if you have a ups or usps tracking in-transit for amazon just ping me if I haven't answered you

884 👁 Sxjed (at the gym), 21:50

**May 15**



**Simple Refunds**

Happy Sunday , Be online in 2-3 hours , giveaway will be posted later 🧍

847 👁 Sxjed, 12:08



**Simple Refunds**
Forwarded from SimpleRefund | Vouches

---



**Simple Refunds**
@Simplerefund

| **1.06K** | **202** | **5** | **42** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

➤ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

110-005

# EXHIBIT 111



**Simple Refunds**

🔒 Looking for UPS Employees, Paying $$$$ For Info 💵

1.3K 👁 Sxjed (ONLINE), 15:03

USAO-00152371



USAO-00153466

# EXHIBIT 112



**Simple Refunds Mentorship** 🏆

🔵 For a limited time we are re-opening our extremely successful mentorship.
🔵 Learn from the best in the game, from everything fraud related, to legit businesses and cleaning your money.
🔵 Learn Amazon in-transit methods, third party refund methods, instant paypal, and access to the hottest private stores not offered to the public.
🔵 Access to 20+ successful refunders that have refunded hundreds of THOUSANDS in the past month alone.
🔵 Access to hotel refunds, how to obtain drops and VCCs (Never get banned from a site again)
🔵 Access to our UPS, USPS insiders and future carrier related insiders once they're available.
1.2K 👁 Sxjed, 21:21

**Simple Refunds**
🔵 Learn how to create you're refunding service and or you can have a chance to work for us and get paid until you're ready to be on your own. One of our huge successes was "Ressu Refunds" , he started last year with us and now is close to being a millionaire this year, if you don't believe me you can ask ressu yourself.
🔵 This Mentorship is not for everyone and it's not cheap either, I really don't mind if people don't want to join, because we literally have free money methods that we can keep ourselves and rape in private.
🔵 Price will be $6000 🎁 15 Slots Only
Crypto, Zelle, Cashapp Accepted ✅
1.2K 👁 Sxjed, 21:21

**Simple Refunds**
12 spots left 931 👁 Sxjed, 21:30

**Simple Refunds**
11 spots left , if you've done business with me before I can do half payment upfront then rest later
929 👁 Sxjed, 21:52

**Simple Refunds**
10 spots left 🍬 913 👁 Sxjed, 22:10

**Simple Refunds**
@SimpleRefund

938 Subscribers
189 Photos
5 Videos
26 Links

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

**DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

USAO-00152245





**Simple Refunds**

🟣 Learn how to create you're refunding service and or you can have a chance to work for us and get paid until you're ready to be on your own. One of our huge successes was "Ressu Refunds" , he started last year with us and now is close to being a millionaire this year, if you don't believe me you can ask ressu yourself.

🟣 This Mentorship is not for everyone and it's not cheap either, I really don't mind if people don't want to join, because we literally have free money methods that we can keep ourselves and rape in private.

🟣 Price will be $6000 📌 15 Slots Only
Crypto, Zelle, Cashapp Accepted ✅

t.me/SimpleRefund/616      1.3K 👁   Sxjed, May 20 at 21:21

EMBED      VIEW IN CHANNEL      CONTEXT

USAO-00152249





112-005

USAO-00152253



112-006

USAO-00152254





USAO-00152256



USAO-00152257



SimpleRefund | Vouches
510 subscribers
mentorship ✅ (half payment upfront ) payment plan
446 22:35
May 21
SimpleRefund | Vouches
Good news: Someone sent you money with Zelle
Sign In
Capital One
Good news: Someone sent you money with Zelle®.
[redacted] has just sent you money with Zelle® in the amount of $3,000.00.
Here's the message from [redacted]
mentor
The money has already been deposited in your account, so you don't need to do anything—just sit back and enjoy that money-in-the-bank feeling.
Thanks for using Zelle®, and enjoy the money
mentorship ✅ half upfront , payment plan
447 08:16
SimpleRefund | Vouches
Search
SimpleRefund | Vouches
@simplerefundsvouches
510 Subscribers
942 Photos
1 Video
3 Files
14 Links
Main Channel
• https://t.me/simplerefund
Form
• https://forms.gle/a3Mym4FtoFMnUNus5
Support
• @Reign7777 @Sxjed
DOWNLOAD TELEGRAM
About Blog Apps Platform

# EXHIBIT 113



**SimpleRefund | Vouches**
509 subscribers

June 23, 2020

Channel created

September 21, 2020

**SimpleRefund | Vouches**

September 21, 2020

**adamo**  Today at 8:35 AM
+vouch @Sxjed 2k Dick's Sporting Goods

**Vouch Pro** ✔BOT  Today at 8:35 AM

**Vouch Received**
Successfully left vouch a positive vouch for @Sxjed!
Your reference number is VID A9weN2

Need to make an edit?
Please use +edit A9weN2 <comment> to edit your vouch!

bettercommunity.us

**adamo**  Today at 8:35 AM

START A RETURN

| | | |
|---|---|---|
| Order Subtotal | | $1,865. |
| Shipping and Handling | | FREE |
| $15 Shipping Credit on Oversized Items! | | -$15.00 |
| Your $1,865.96 Reward has been applied to your order! | | -$1,865. |
| Tax | | $130. |
| Order Total | | $130. |

223 👁 14:21

September 25, 2020

**SimpleRefund | Vouches**



**SimpleRefund | Vouches**
@simplerefundsvouches

| **509** | **942** | **1** | **3** | **14** |
|---|---|---|---|---|
| Subscribers | Photos | Video | Files | Links |

🍃Main Channel
• https://t.me/simplerefund

⌀) Form
• https://forms.gle/a3Mym4FtoFMnUNus5

🤝) Support
• @Reign7777 @Sxjed

✈ DOWNLOAD TELEGRAM

About    Blog    Apps    Platform

113-001





### SimpleRefund | Vouches
@simplerefundsvouches

| **510** | **942** | **1** | **3** | **14** |
|---|---|---|---|---|
| Subscribers | Photos | Video | Files | Links |

🐍 Main Channel
· https://t.me/simplerefund

⟨🔗⟩ Form
· https://forms.gle/a3Mym4FtoFMnUNus5

🤝 Support
· @Reign7777 @Sxjed

**✈ DOWNLOAD TELEGRAM**

About   Blog   Apps   Platform

113-002

October 18, 2021

## SimpleRefund | Vouches



2:14

REFUND: Notification from
Costco.com

**COSTCO**
WHOLESALE

Costco.com Refund
Notification

Dear

This email is to inform you that a refund was
issued on your Costco.com order

Order Number

Refund Date
10/14/2021

Refund Total
$2,709.3

Payment Method
- Visa

This refund will appear on your credit card
statement.

SONOS ARC SL
SHADOW
Item # 1571990
$ 849.99

Return Quantity
3

New Message



## SimpleRefund | Vouches
@simplerefundsvouches

| 510 | 942 | 1 | 3 | 14 |
|---|---|---|---|---|
| Subscribers | Photos | Video | Files | Links |

📣)Main Channel
- https://t.me/simplerefund

⟨🔗⟩ Form
- https://forms.gle/a3Mym4FtoFMnUNus5

⟨🤝⟩ Support
- @Reign7777 @Sxjed

DOWNLOAD TELEGRAM

About    Blog    Apps    Platform



**SimpleRefund | Vouches**
508 subscribers

🎒 $5K Amazon MacBooks Instant ✅    981 👁 17:10

April 1



## SimpleRefund | Vouches

### Order Details



🎒😂 $10K Amazon MacBooks Instant ✅    1.3K 👁 02:55



## SimpleRefund | Vouches

A refund of $1,905.88 will be credited to your original payment method. It may take 3 to 5 business days for the refund to be completed.



**SimpleRefund | Vouches**
@simplerefundsvouches

| 508 | 918 | 1 | 3 | 14 |
|---|---|---|---|---|
| Subscribers | Photos | Video | Files | Links |

🔊 Main Channel
· https://t.me/simplerefund

🔗 Form
· https://forms.gle/a3Mym4FtoFMnUNus5

🤝 Support
· @Reign7777 @Sxjed

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

113-004



**SimpleRefund | Vouches**
510 subscribers

🧾 Neimans $1K ✅                    354 👁 17:49



**SimpleRefund | Vouches**



🧾 Amazon $7.9K MacBooks 3rd Party seller "Adorama" ✅

375 👁 17:49

---

June 15



**SimpleRefund | Vouches**



---

**SimpleRefund | Vouches**
@simplerefundsvouches

**510** Subscribers    **942** Photos    **1** Video    **3** Files    **14** Links

📣 Main Channel
• https://t.me/simplerefund

🔗 Form
• https://forms.gle/a3Mym4FtoFMnUNus5

🤝 Support
• @Reign7777 @Sxjed

✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

113-005

**SimpleRefund | Vouches**
508 subscribers

## SimpleRefund | Vouches



iPhone 13 Pro
### Please send this item back to Apple

Return Started    Received by Carrier    Received by Apple    Return Complete

Print a free return shipping label and send this item back to Apple by April 11, 2022.
View return label and instructions ›

iPhone 13 Pro 256GB Sierra Blue                Return #

iPhone 13 Pro · Replacement
### Delivered April 1, 2022
Track shipment ›

Order Placed    Processing    Ship    Shipped    Delivered

iPhone 13 Pro 256GB Sierra Blue        Delivers:

@Sxjed

 Apple Double dip ✅                269 👁 08:41

## SimpleRefund | Vouches



iPhone 13 Pro Max
**Please send this item back to Apple**

Return Started    Received by Carrier    Received by Apple    Return Complete

Print a free return shipping label and send this item back to Apple by April 11, 2022.
View return label and instructions ›

iPhone 13 Pro Max 128GB Sierra Blue        Return #:

**SimpleRefund | Vouches**
@simplerefundsvouches

| 508 | 918 | 1 | 3 | 14 |
|---|---|---|---|---|
| Subscribers | Photos | Video | Files | Links |

(📣)Main Channel
· https://t.me/simplerefund

(🔗) Form
· https://forms.gle/a3Mym4FtoFMnUNus5

(🤝) Support
· @Reign7777 @Sxjed

✈ DOWNLOAD TELEGRAM

About    Blog    Apps    Platform

113-006

 **SimpleRefund | Vouches**
508 subscribers

🤖 Apple Double dip ✅     269 👁 08:41

 **SimpleRefund | Vouches**





**SimpleRefund | Vouches**
@simplerefundsvouches

| **508** | **918** | **1** | **3** | **14** |
|---|---|---|---|---|
| Subscribers | Photos | Video | Files | Links |

📣 Main Channel
• https://t.me/simplerefund

🔗 ) Form
• https://forms.gle/a3Mym4FtoFMnUNus5

🤝 ) Support
• @Reign7777 @Sxjed

 **✈ DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

🤖 Apple Triple Dip ✅     269 👁 08:41

 **SimpleRefund | Vouches**

## Order Details

Ordered on March 31, 2022   Order# 1     View or Print invoice



| **Shipping Address** | **Payment Method** | **Order Summary** | |
|---|---|---|---|
| | •••• | Item(s) Subtotal: | $4,798.00 |

113-007

# EXHIBIT 114

**[Native exhibit filed under seal, provided to Court / counsel, and kept on file in U.S. Attorney's Office]**

# EXHIBIT 115

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/08/2021

███████████, Fraud Supervisor, ███████, telephone number ████████████████ ████████████ Fraud Analyst, ██████ telephone number ████████████ and others (et al) employed at ██████ were interviewed.

Around February or March 2020, ██████ started receiving empty return shipments for what were believed to be purchased products from ██████ primarily electronics. ████████ later determined that various individuals throughout the U.S. were requesting refunds from ██████, to which ██████ would issue the refund and a return shipping label for. These return labels were primarily shipped through United Parcel Service (UPS). These individuals would then keep the "refunded" proceeds and just mail back an empty package with the issued shipping label. ████████'s refund platform is automated and proprietary to ██████. Additionally, approximately 65% of their shipments originate from their facility located in Issaquah.

████████ advised that these individuals may have contributed a portion of the illicit refunds to dedicated refunding websites that are paid a portion of the proceeds in return for receiving the detailed guidance on how to conduct the scheme. Additionally, ████████ believed that individuals may have utilized a Refunding "E-Book", readily available for purchase online, that also contained detailed instructions on how to facilitate this illicit refund scheme. ████████ added that this E-Book was obtained through the domain mpgh.net.

This activity spanned several months and ████████ estimated that they had incurred a projected loss of $23 million USD as a result of this scheme.

████████ has attempted to contact the involved individuals, who were all ████████ members, requesting repayment. While some have complied, as of the date of reporting, many have not. ████████ has since cancelled all of the memberships of the individuals believed to be involved in the scheme and

---

Investigation on  02/10/2021  at  Issaquah, Washington, United States (In Person)

File #  804I-SE-3343702                                    Date drafted  03/08/2021

by  Jacobus W. Baik

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

804I-SE-3343702

Continuation of FD-302 of  (U)  Interview of ███████████                              , On  02/10/2021  , Page  2 of 2

efforts to recharge these individuals for the products is ongoing.

██████ advised that they had uncovered approximately 5,000 individuals across the U.S. who have requested fraudulent refunds. Among the 5,000, at least nine individuals located in Washington State have requested fraudulent refunds from ██████ resulting in an approximate $75,000.00 loss.

The spreadsheet containing the names of individuals associated with the loss of the highest 992 refund transactions and a copy of the referenced Refunding E-book, obtained by Costco will be attached as a digital 1A,

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/11/2023

On April 20, 2023, FBI Special Agent (SA) Natalie Gudehus and Assistant United States Attorney (AUSA) Lauren Staniar met with employees of ▓▓▓▓▓ fraud investigations and loss prevention teams at ▓▓▓▓▓ Headquarters, located at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Washington 98027. ▓▓▓▓▓ provided the following information:

▓▓▓▓▓ discovered that they had an issue with refund fraud when they started receiving empty packages. During COVID, once a package was scanned at UPS, it would issue an automatic refund. Costco primarily uses UPS to ship their merchandise. Sometimes they will use FedEx.

▓▓▓▓▓ has identified ▓▓▓▓▓ - an individual located in New York who constantly manipulates his address and name in order to continue buying from and taking advantage of ▓▓▓▓▓'s refunding process. There is also an individual they are aware of in New Jersey. Additionally, law enforcement in Canada searched the house of a 23 year old individual who had participated in refund fraud. Law enforcement found packages from ▓▓▓▓▓ in his house.

▓▓▓▓▓ has call centers in Yakima (WA), Oklahoma, and Florida. Most of the call centers are in Yakima and Oklahoma. ▓▓▓▓▓ has depots all over the United States, to include Sumner, WA. High-end jewelry purchased from ▓▓▓▓▓ is shipped from Issaquah, WA. ▓▓▓▓▓ has payment servers in Wenatchee, WA.

UPS does not weigh packages that have a ▓▓▓▓▓ label and are being returned by customers. ▓▓▓▓▓ has a list of individuals who they believe have taken part in the manipulation of tracking information to obtain a fraudulent refund. They are aware of refunding groups operating on Telegram, and can identify certain groups based on scripts that the perpetrators use to obtain a refund.

Tracking manipulation is ▓▓▓▓▓ number one fraud problem right now. Most of the perpetrators, an estimated 65%, are young males, between the ages of 18-24 years old. The metadata obtained from phone calls to ▓▓▓▓▓ customer service would be housed at the call centers.

Most of the perpetrators are going after high-end electronics, such

---

Investigation on    04/20/2023    at   Issaquah, Washington, United States (In Person)

File #   281W-SE-3659048, 196D-SE-3661404          Date drafted   05/05/2023

by   GUDEHUS NATALIE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

281W-SE-3659048

Continuation of FD-302 of    (U) Meeting with Costco                                    , On   04/20/2023   , Page    2 of 2


as drones, Playstation 5 consoles, Xbox consoles, and Apple products
(especially AirPods). Jewelry is also a huge product right now. A signature
is required for jewelry delivery.

████████ believed that UPS was the problem for most returns where the
tracking information was not manipulated, but the perpetrators would send an
empty box back to ████████ The fraud is conducted mostly by individuals with
online memberships. Once a fraudulent refund is obtained, perpetrators
conduct giveaways on Discord, sell products on Facebook marketplace, and
sell products (especially homeware) on Ebay.

Nulled.2 and hackforums.net are other sites used to facilitate refund
related fraud.

When the tracking stamps related to ████████ packages say "exception," that
is a good indicator that fraud has occurred.

# EXHIBIT 116

- 1 of 2 -

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry      05/31/2023

On May 19, 2023, FBI Special Agent (SA) Natalie Gudehus and Assistant
United States Attorney (AUSA) Lauren Staniar met with ▆▆ employees, Justin
▆▆ and ▆▆ via Microsoft Teams (hereinafter collectively
referred to as ▆▆ . provided the following information:

▆▆ stated that the frequency of fraud has increased over time. ▆▆ does
not require signatures upon delivery most of the time. The most common fraud
they experience is that a package will show it was delivered, but the
customer will say that it was not delivered. ▆▆ is able to then file an
investigation with the carrier, and either reship the item or refund the
payment.

In regards to the order associated with #68998, the ▆▆ chat person,
"bdiehl," was physically located in Portland, Oregon. The chat, which were
actually Short Message Services (SMS) messages, was run through a third-
party company called Quiq. Evo believed that Quiq is located in Montana.

▆▆ primary distribution center is in Sumner, WA. FedEx noted that the
order associated with #68998 was delivered on October 5, 2022. The listed
customer, ▆▆ reached out to ▆▆ about two weeks later. When ▆▆
issues a refund, the credit card processor ultimately makes the payment back
to the customer. ▆▆ banks with Union Bank. Once a refund has been approved,
the payment is automatic.

The ▆▆ phone number used for SMS messaging was a phone number with a
(206) area code. ▆▆ account was flagged for fraud on January 17, 2023.
It was also linked to a customer account with the name ▆▆ which
had been confirmed fraud, too.

The customer account with the name ▆▆ placed an order on
August 1, 2022. ▆▆ account was flagged for fraud. ▆▆ asked
about coupon codes but ▆▆ does not have coupons, only promotional codes.
▆▆ item was delivered on August 5, 2022. About three weeks later,
▆▆ reach out to ▆▆ and wanted a refund. ▆▆ refunded ▆▆ on August
26, 2022.

Investigation on  05/19/2023  at  Seattle, Washington, United States (Other (Microsoft Teams))

File #  281W-SE-3659048, 196D-SE-3661404                    Date drafted  05/23/2023

by  GUDEHUS NATALIE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

281W-SE-3659048

Continuation of FD-302 of  (U) Meeting with Evo _____ , On  05/19/2023 , Page  2 of 2

 

 

When a refund is processed, ▮▮▮▮ can see every person who plays a part in
the refund process for that item. On August 29, 2022, someone in the Western
District of Washington had to fix something on the refund - three days after
the refund was initiated. The refund was initiated in Salt Lake City, Utah.