The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAJED AL-MAAREJ,<br><br>Defendant. | NO. CR23-147-RSL<br><br>**STIPULATED PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Preliminary Order of Forfeiture ("Stipulated Motion") seeking to forfeit, to the United States, Defendant Sajed Al-Maarej's interest in the following property:

    a.    A 2021 Cadillac Escalade ESV 4-door Sport Platinum, VIN: 1GYS3RKL1MR166941 ("Subject Cadillac");

    b.    Approximately $90,350 in U.S. Currency ("Subject Currency 1");

    c.    Approximately $45,000 in U.S. Currency ("Subject Currency 2");

    d.    A stainless steel, gold, and diamond Rolex watch ("Subject Rolex"); and

    e.    A silver David Yurman 8mm curb chain necklace, pave-set with black diamonds of approximately 5.28 carat weight ("Subject Necklace");

(collectively, the "Subject Property").

Stipulated Preliminary Order of Forfeiture - 1
*United States v. Al-Maarej*, CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the Stipulated Motion, as well as the other papers, pleadings, and evidence in this matter, hereby FINDS entry of a Preliminary Order of Forfeiture is appropriate because:

- Defendant Al-Maarej submitted pleas of guilty to *Conspiracy to Commit Wire and Mail Fraud*, in violation of 18 U.S.C. § 1349, *Wire Fraud*, in violation of 18 U.S.C. §§ 1343 and 2, and *Mail Fraud* in violation of 18 U.S.C. §§ 1341 and 2, which have been accepted by the Court (Dkt. Nos. 33, 36, 39);

- Property that constitutes or is traceable to proceeds of *Conspiracy to Commit Wire and Mail Fraud*, a *Wire Fraud* scheme, or a *Mail Fraud* scheme is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

- Defendant Al-Maarej stipulates that the Court may find, based on the facts set forth in the filings referenced in the Stipulated Motion, that the Subject Property constitutes or is traceable to proceeds of the *Conspiracy to Commit Wire and Mail Fraud*, *Wire Fraud* scheme, or *Mail Fraud* scheme and is subject to forfeiture on that basis;

- Defendant Al-Maarej stipulates that the Court may find, based on the facts set forth in the filings referenced in the Stipulated Motion, the requisite nexus between the Subject Property and the offenses of conviction (*Conspiracy to Commit Wire and Mail Fraud*, *Wire Fraud*, and *Mail Fraud*), pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(1)(A)-(B).

NOW, THEREFORE, THE COURT ORDERS:

Stipulated Preliminary Order of Forfeiture - 2
*United States v. Al-Maarej*, CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), Defendant Al-Maarej's interest in the Subject Property is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Preliminary Order will be final as to Defendant Al-Maarej at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

3. The Department of Justice, the Federal Bureau of Investigation, and/or their authorized agents or representatives shall maintain the Subject Property in their custody and control until further order of this Court;

4. Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the United States shall publish notice of this Preliminary Order and its intent to dispose of the Subject Property as permitted by governing law. The notice shall be posted on an official government website – currently www.forfeiture.gov – for at least thirty (30) days. For any person known to have alleged an interest in the property, the United States shall, to the extent possible, provide direct written notice to that person. The notice shall state that any person, other than the Defendant, who has or claims a legal interest in the property must file a petition with the Court within sixty (60) days of the first day of publication of the notice (which is thirty (30) days from the last day of publication), or within thirty (30) days of receipt of direct written notice, whichever is earlier. The notice shall advise all interested persons that the petition:

    a. shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property;

    b. shall be signed by the petitioner under penalty of perjury; and,

    c. shall set forth the nature and extent of the petitioner's right, title, or interest in the property, as well as any facts supporting the petitioner's claim and the specific relief sought.

Stipulated Preliminary Order of Forfeiture - 3
*United States v. Al-Maarej*, CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      5.    If no third-party petition is filed within the allowable time period, the United States shall have clear title to the Subject Property and this Preliminary Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

    6.    If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues it presents, discovery may be conducted in accordance with the Federal Rules of Civil Procedure before any hearing on the petition is held. Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that adjudication; and,

///

///

///

///

Stipulated Preliminary Order of Forfeiture - 4
*United States v. Al-Maarej*, CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. The Court will retain jurisdiction for the purpose of enforcing this Preliminary Order, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary Order or Final Order as necessary pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this 16th day of December, 2024.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Stipulated Preliminary Order of Forfeiture - 5
United States v. Al-Maarej, CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970