The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAJED AL-MAAREJ,<br><br>Defendant. | NO. CR23-147RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO SEAL UNREDACTED AFFIDAVIT OF AIREEN AGBAYANI AND EXHIBITS |

Before the Court is the government's unopposed motion to seal the unredacted Affidavit of Aireen Agbayani and Exhibits 108 and 114 to the Affidavit of Margaret Haynes. Good cause exists to maintain these documents under seal.

The Court therefore GRANTS the motion and hereby ORDERS the documents filed under seal with the governments motion shall remain under seal.

DATED this 19th day of December, 2024.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Al-Maarej* / CR23-147RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970