The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAJED AL-MAAREJ,<br><br>Defendant. | NO. CR23-147-RSL<br><br>**ORDER OF FORFEITURE**<br>**(FORFEITURE MONEY JUDGMENT)** |

THIS MATTER comes before the Court on the United States' Motion for an Order of Forfeiture of a sum of money representing the unrecovered proceeds Defendant Al-Maarej obtained from *Conspiracy to Commit Wire and Mail Fraud*, *Wire Fraud*, and *Mail Fraud* (also known as a forfeiture money judgment).

The Court, having reviewed the United States' motion, the other pleadings and papers filed in this matter, and the evidence in the record HEREBY FINDS entry of an Order of Forfeiture of a sum of money in the amount of $1,789,766.12, representing the unrecovered proceeds Defendant Al-Maarej obtained from *Conspiracy to Commit Wire and Mail Fraud*, *Wire Fraud*, and *Mail Fraud*, is appropriate because:

Final Order of Forfeiture - 1
*United States v. Al-Maarej,* CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Defendant Al-Maarej submitted pleas of guilty to *Conspiracy to Commit Wire and Mail Fraud*, in violation of 18 U.S.C. § 1349, *Wire Fraud*, in violation of 18 U.S.C. §§ 1343 and 2, and *Mail Fraud* in violation of 18 U.S.C. §§ 1341 and 2, which have been accepted by the Court (Dkt. Nos. 33, 36, 39);
- Property that constitutes or is traceable to proceeds of *Conspiracy to Commit Wire and Mail Fraud*, a *Wire Fraud* scheme, or a *Mail Fraud* scheme is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);
- The evidence in the record establishes that Defendant Al-Maarej obtained proceeds of approximately $1,789,766.12 from the *Conspiracy to Commit Wire and Mail Fraud*, the *Wire Fraud* scheme, and the *Mail Fraud* scheme;
- The forfeiture of this sum of money is personal to Defendant Al-Maarej and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), Defendant Al-Maarej's interest in a sum of money in the amount of $1,789,766.12 (also known as a forfeiture money judgment) is fully and finally forfeited, in its entirety, to the United States.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order of Forfeiture will become final as to Defendant Al-Maarej at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment.

3. No right, title, or interest in the above-identified sum of money in the amount of $1,789,766.12 exists in any party other than the United States.

Final Order of Forfeiture - 2
*United States v. Al-Maarej,* CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      4.     Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order of Forfeiture, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $1,789,766.12.

      5.     This Order of Forfeiture is separate and distinct from any restitution that is ordered in this case.

      6.     The Court will retain jurisdiction in this case for the purpose of enforcing and amending this Order of Forfeiture as necessary.

IT IS SO ORDERED.

DATED this 19th day of December, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Al-Maarej,* CR23-147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970