The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAJED AL-MAAREJ,

Defendant,

and

ZAHRAA ABDUL,

Third-Party Claimant.

NO. CR23-0147-RSL

**ORDER GRANTING UNITED
STATES' MOTION FOR
SCHEDULING ORDER TO
GOVERN THIRD-PARTY
CLAIM BY ZAHRAA ABDUL**

THIS MATTER comes before the Court on the United States' Motion for
Scheduling Order to Govern a Third-Party Claim by Zahraa Abdul.

The Court, having reviewed the United States' Motion, as well as the other papers
and pleadings filed in this matter, including the relevant claim (Dkt. Nos. 55, 56) hereby
finds entry of an order setting a discovery schedule, a motions deadline, and a hearing
date as to the $90,350 in U.S. Currency and $45,000 in U.S. Currency (the "Subject
Currency"), is appropriate. The Court may permit discovery and entertain motions related

Order Granting Motion for Scheduling Order to
Govern a Third-Party Claim by Zahraa Abdul - 1
*United States v. Al-Maarej,* CR23-0147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  to third-party claims pursuant to Federal Rule of Criminal Procedure 32.2(c)(1) and, to

2  the extent an evidentiary hearing on a third-party claim is required, the Court conducts

3  that hearing pursuant to 21 U.S.C. § 853(n)(2) and (4) - (6).

4      NOW, THEREFORE, THE COURT ORDERS:

5      1)    The United States and Zahraa Abdul may engage in discovery related to

6            Ms. Abdul's interest in the Subject Currency. The discovery period closes

7            on **May 21, 2025**;

8      2)    Thereafter, the Parties shall file any dispositive motions no later than

9            **June 20, 2025**; and

10     3)    If necessary, an evidentiary hearing will be scheduled at a later date.

11

12     IT IS SO ORDERED.

13     DATED this 10th day of March, 2025.

14

15                                      *MM S Lasnik*

16                                      Robert S. Lasnik
                                        United States District Judge

17

18

19

20     Presented By:

21

22     *s/Krista K. Bush*

23     KRISTA K. BUSH
       Assistant United States Attorney

24     United States Attorney's Office
       700 Stewart Street, Suite 5220

25     Seattle, Washington 98101
       Phone: (206) 553-2242

26     Fax: (206) 553-6934

27     Krista.Bush@usdoj.gov

Order Granting Motion for Scheduling Order to
Govern a Third-Party Claim by Zahraa Abdul - 2
*United States v. Al-Maarej,* CR23-0147-RSL