UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAJED AL-MAAREJ, <br><br> Defendant, <br><br> and <br><br> ZAHRAA ABDUL, <br><br> Third-Party Claimant. | NO. CR23-0147-RSL <br><br><br> **DECLARATION OF AUSA KRISTA K. BUSH IN SUPPORT OF MOTION FOR AMENDED SCHEDULING ORDER TO GOVERN THIRD-PARTY CLAIM BY ZAHRAA ABDUL** |

I, KRISTA K. BUSH, declare and say:

1. I am a duly appointed Assistant United States Attorney for the Western District of Washington, assigned to this case for the purpose of forfeiture.

2. On December 16, 2024, the Court entered a Stipulated Preliminary Order of Forfeiture, forfeiting Defendant Sajed Al-Maarej's interest in identified property, including approximately $90,350 in U.S. Currency and approximately $45,000 in U.S. Currency (the "Subject Currency"). Dkt. No 49.

Declaration of AUSA in Support of Motion - 1
for Amended Scheduling Order
*United States v. Al-Maarej,* CR23-147-RSL

3. On December 30, 2024, the United States sent notice of the pending forfeiture to identified potential claimants, including Zahraa Abdul.

4. On January 17, 2025, I spoke with Zahraa Abdul by telephone. She informed me that she was gathering documents and would submit a claim to the Subject Currency.

5. On February 4, 2024, Zahraa Abdul sent claim to me via email, along with copies of selected financial documents. At her request, we filed a Notice of Third-Party Claim with the Court (Dkt. No. 55) and sent a copy of the filed document to Zahraa Abdul.

6. On February 20, 2025, I spoke with Zahraa by telephone to discuss a proposed schedule for discovery. During this conversation, Ms. Abdul informed me that the claim she emailed to our office did not contain all of the information she included in a petition for remission she submitted online to the seizing agency and she requested we file a notice of amended claim. Later that day, I sent an email message to Ms. Abdul with an amended notice of claim and a draft scheduling order providing for discovery through May 21, 2025 and dispositive motions on June 20, 2025. Ms. Abdul informed me that the proposed dates were acceptable and would work well with the anticipated birth of her child on July 7, 2025.

7. On February 24, 2025, the United States filed a Motion for Scheduling Order with the Court, consistent with the draft documents I discussed with Ms. Abdul.

8. On February 24, 2025, we provided copies of the Amended Notice of Claim (Dkt. No. 56) and Motion for Discovery Schedule (Dkt. No. 57) to Ms. Abdul via email.

9. On March 5, 2025, I propounded discovery requests to Ms. Abdul by email and certified mail, with a response date of April 5, 2025.

10. On March 10, 2025, we provided a courtesy copy of the signed Order for Discovery Schedule (Dkt. No. 58) to Ms. Abdul via email. The same day, Ms. Abdul

Declaration of AUSA in Support of Motion - 2
for Amended Scheduling Order
*United States v. Al-Maarej,* CR23-147-RSL

confirmed receipt of the discovery requests and discovery order and informed us that she planned to complete her responses to the discovery requests during her spring break from work, which was coming up in two weeks.

11. On April 3, 2025, I received an email message from attorney Brian Zuanich indicating that he would be filing a Notice of Appearance on that date and requesting a 30-day extension to provide discovery – to May 5, 2025. On the same day, I informed Mr. Zuanich that while I had no objection to a brief extension, the discovery period established in the Scheduling Order closed on May 21, 2025, which would provide little time in which to conduct Ms. Abdul's deposition or supplemental discovery, and asking him to contact me to discuss scheduling. He informed me that he would be meeting with Ms. Abdul that afternoon, after which he would be able to provide more information about timing.

12. On April 4, 2025, Mr. Zuanich and I discussed a brief extension of the deadline to respond to the discovery requests. He informed me that he might only need a few additional weeks and that he would contact me after he reviewed the materials with Ms. Abdul.

13. On April 22, 2025, I sent an email message to Mr. Zuanich, noting that he had not yet filed a notice of appearance and asking when he would be able to provide the discovery responses. Mr. Zuanich informed me that Ms. Abdul needed additional time to complete her discovery responses and that he would prepare a draft stipulation requesting a new scheduling order.

14. On May 7, 2025, I sent an email message to Mr. Zuanich indicating that we had not received Ms. Abdul's discovery responses, a draft stipulation requesting a new scheduling order, or a notice of appearance and requesting that he contact me to provide an update.

15. On May 13, 2025, I sent a letter (by mail and email) to Mr. Zuanich summarizing the timeline of our discussions and noting that I had not received a response

Declaration of AUSA in Support of Motion - 3
for Amended Scheduling Order
*United States v. Al-Maarej,* CR23-147-RSL

to the May 7, 2025 email message, or any of the documents we discussed. I asked Mr. Zuanich to contact me and, if he no longer represented Ms. Abdul, to so inform me, so that I could contact her directly. I received tracking confirmation that this email message was delivered and read on May 13, 2025.

16. On May 21, 2025, I sent an email message to Mr. Zuanich indicating that the discovery period closed, expressing my concern that I had not received a response to my earlier communications and that he had not yet filed a Notice of Appearance, and requesting that he contact me. I also informed Mr. Zuanich that I planned to file a Motion to Dismiss Ms. Abdul's claim on May 28, 2025, if I did not receive any communication from him. I received tracking confirmation that this email message was delivered and read on May 21, 2025.

17. I received an email message from Mr. Zuanich on May 22, 2025 (sent the evening of May 21, 2025) informing me that his response to my earlier communications had been delayed due to some personal matters, but that he would file a Notice of Appearance that week and prepare a draft stipulation requesting a discovery continuance.

18. I sent an email message to Mr. Zuanich on May 22, 2025, asking him to call me to discuss scheduling.

19. Mr. Zuanich filed a Notice of Appearance on May 25, 2025. Dkt. No. 59. The same day, he sent an email message to me, with a draft stipulated motion requesting the Court extend the discovery period to August 1, 2025 and the dispositive motions deadline to September 5, 2025.

20. I sent an email message to Mr. Zuanich on May 27, 2025, asking him to call me to discuss scheduling dates. I reminded him that we had not yet received Ms. Abdul's responses to the discovery requests and needed to assess appropriating timing.

21. I spoke with Mr. Zuanich by telephone on May 28, 2025. He informed me that he needed to confer with Ms. Abdul and would follow up with me after he did so.

Declaration of AUSA in Support of Motion - 4
for Amended Scheduling Order
*United States v. Al-Maarej,* CR23-147-RSL

22. On June 5, 2025, I left voice messages for Mr. Zuanich at his office and cell phone numbers. Later that day, I received an email message from Mr. Zuanich indicating that he needed to confer with Ms. Abdul and would follow up with me the following day.

23. On June 13, 2025, I sent an email message to Mr. Zuanich reminding him that the dispositive motions deadline is next week and asking him to contact me to discuss. I informed Mr. Zuanich that the United States intended to file this Motion and he confirmed that he continues to represent Ms. Abdul.

24. As of June 13, 2025, I have not received any responses to the discovery requests propounded to Ms. Abdul, or a commitment concerning when those responses would be provided.

25. The dates proposed in the Motion for Amended Scheduling Order are consistent with the dates proposed by Mr. Zuanich in the draft document he sent to me via email on May 25, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 13th day of June, 2025.


*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Declaration of AUSA in Support of Motion - 5
for Amended Scheduling Order
*United States v. Al-Maarej,* CR23-147-RSL