The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAJED AL-MAAREJ,<br><br>Defendant,<br><br>and<br><br>ZAHRAA ABDUL,<br><br>Third-Party Claimant. | NO. CR23-0147-RSL<br><br><br>**ORDER GRANTING UNITED STATES' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS PROPOUNDED TO THIRD-PARTY CLAIMANT ZAHRAA ABDUL** |

THIS MATTER comes before the Court on the United States' motion to compel discovery. As explained below, the motion is GRANTED.

The United States propounded Interrogatories, Requests for Admission, and Requests for Production (the "Discovery Requests") to Third-Party Claimant Zahraa Abdul pursuant to the Federal Rules of Civil Procedure on March 5, 2025. More than thirty (3) days have passed since Third-Party Claimant Abdul was served with the United States' Discovery Requests and Third-Party Claimant Abdul has failed to respond.

Order Granting Motion to Compel Discovery - 1
*United States v. Al-Maarej,* CR23-0147-RSL

The Court finds that the United States is entitled to a full response to the Discovery Requests.

It is therefore ORDERED that within thirty (30) days of the date of this Order, Third-Party Claimant Zahraa Abdul shall provide complete responses to the United States' Discovery Requests. Failure to comply with this Order could result in sanctions upon Third-Party Claimant Abdul, up to and including the possible dismissal of her Claim and entry of a Final Order of Forfeiture in this matter.

IT IS SO ORDERED.

DATED this 29th day of August, 2025.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented By:

s/Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Order Granting Motion to Compel Discovery - 2
*United States v. Al-Maarej,* CR23-0147-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970