The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SAJED AL-MAAREJ,<br>Defendant. | NO. 2:23-CR-00147-RSL<br><br>ORDER GRANTING<br>MOTION FOR AMENDED JUDGMENT |

For the reasons stated in the government's motion, the Court hereby GRANTS the unopposed motion for an amended judgment in the above-captioned case.

IT IS SO ORDERED

DATED this 20th day of October, 2026.

Hon. Robert S. Lasnik
United States District Judge

*Presented by:*



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

<u>*/s/ Lauren Watts Staniar*</u>
Lauren Watts Staniar
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970